# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN MICHAEL QUINN<br>2159 Dunmore Lane, NW<br>Washington, DC 20007<br><br>        Plaintiff<br><br>v.<br><br>KREINDLER & KREINDLER LLP<br>485 Lexington Avenue, 28th Floor<br>New York, New York, 10017<br><br>and<br><br>JAMES P. KREINDLER<br>c/o Kreindler & Kreindler LLP<br>485 Lexington Avenue, 28th Floor<br>New York, NY, 10017<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No: 21-1824 |

## NOTICE OF WITHDRAWAL OF
## DEFENDANTS' MOTION TO EXTEND TIME FOR
## DEFENDANTS TO ANSWER OR RESPOND TO COMPLAINT

Defendants Kreindler & Kreindler LLP and James P. Kriendler and Plaintiff John Michael Quinn withdraw their Motion to Extend Time for Defendants to Answer or Respond to Complaint [Dkt. 7]. Since filing that Motion, the Parties have agreed to jointly move the Court to extend the deadline to September 3, 2021 [Joint Motion, Dkt. 8]. Accordingly, the original Motion is moot and Defendants withdraw the Motion.

Dated: August 2, 2021                                    Respectfully submitted by

                                                                                          STINSON LLP


                                                                           /s/ Brandon R. Nagy_____
                                                                           Eric Liebeler (DC Bar No.:1049148)*
                                                                           Brandon R. Nagy (DC Bar No.: 1024717)
                                                                           1775 Pennsylvania Ave., NW
                                                                           Suite 800
                                                                           Washington, D.C. 20006
                                                                           Tel.: (202) 785-9100
                                                                           Fax: (202) 572-9973
                                                                           Email: eric.liebeler@stinson.com
                                                                                     brandon.nagy@stinson.com

                                                                           * *Admission to the D.D.C. Bar Pending*


## CERTIFICATE OF SERVICE

    I hereby certify that on August 2nd, 2021, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

                                                                 /s/  Brandon R. Nagy_____
                                                                 Brandon R. Nagy