# EXHIBIT 1

## AGREEMENT BETWEEN KREINDLER & KREINDLER LLP, NELSON MULLINS AND QUINN GILLESPIE

As compensation for their efforts in assisting in obtaining a recovery for the 9/11 victims and their families, Nelson Mullins and Quinn Gillespie shall receive a fee of 1% percent of the net recovery on each decedent's wrongful death case and each personal injury case where Kreindler & Kreindler has or receives a fee in the consolidated 9/11 Terrorist Litigation. The Nelson Mullins and Quinn Gillespie 1% fee shall be paid from the attorneys' fees in all said cases where Kreindler & Kreindler has or receives a fee. The attached is a list of the consolidated Ashton cases. In the event that the eventual attorneys fees received are reduced from the attorneys' fees specified in the retainer agreements executed by the Kreindler and Kreindler clients, then the Nelson Mullins and Quinn Gillespie 1% fee shall be proportionally reduced in accordance with any reduction in Kreindler & Kreindler fees.

_____  6/20/13
James P. Kreindler

_____
Robert Crowe

_____
Jack Quinn