# EXHIBIT 2

9/11



## AMENDMENT TO THE AGREEMENT BETWEEN KREINDLER & KREINDLER LLP, NELSON MULLINS RILEY & SCARBOROUGH LLP AND JOHN M. QUINN, ESQ. DATED JULY 9, 2014

As compensation for their efforts in assisting Kreindler & Kreindler LLP in obtaining a recovery for the 9/11 victims and their families, Kreindler & Kreindler LLP agrees to pay Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins") and John M. Quinn, Esq. a combined fee of one percent of the net recovery on each decedent's wrongful death case and each personal injury case where Kreindler & Kreindler LLP has or receives a fee in the consolidated 9/11 Terrorist Litigation. The term "net recovery" shall mean the amount awarded to each plaintiff of Kreindler & Kreindler LLP less out-of-pocket costs to Kreindler & Kreindler LLP, exclusive of legal fees paid to Kreindler & Kreindler LLP or others. The Nelson Mullins and Quinn one percent fee shall be paid from the attorneys' fees in all said cases where Kreindler & Kreindler LLP has or receives a fee. In the event that the eventual attorneys' fees received are reduced from the attorneys' fees specified in the retainer agreements executed by the Kreindler & Kreindler LLP clients, then the Nelson Mullins and Quinn one percent fee shall be proportionally reduced in accordance with any reduction in Kreindler & Kreindler fees.

Nothing in this Agreement shall prohibit Quinn, on his own account, from engaging the services of others to assist him, but payment for any such engagement shall be the responsibility only of Quinn. QGA Public Affairs hereby relinquishes any and all rights to fees established in all prior Agreements between these parties.

_____
James P. Kreindler, Esq.
Kreindler & Kreindler LLP
Date:

_____
John M. Quinn, Esq.
Date: 07/10/2014

_____
Robert Crowe, Esq.
Nelson Mullins Riley & Scarborough LLP
Date: 7/10/2014

_____
QGA Public Affairs
Name: JOHN FEEHERY
Date: 7/10/2014