UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JOHN MICHAEL QUINN

    Plaintiff,

v.

KREINDLER & KREINDLER LLP,

and

JAMES P. KREINDLER,

    Defendants.

Civil Action No.: 21-1824

**DECLARATION OF CRAIG S. TARASOFF IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Craig S. Tarasoff, hereby declare as follows:

1. My full name is Craig Steven Tarasoff.

2. My office address and telephone number are:

> Kirsch & Niehaus PLLC
> 950 Third Avenue, Suite 1900
> New York, NY 10022
> (646) 415-7530

3. I have been admitted to the bar of New York, as well as the bars of the United States District Court for the Southern and Eastern Districts of New York, and the Unites States Court of Appeals for the Second Circuit.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* to this Court within the last two years.

6. I do not currently practice law from an office located in the District of Columbia.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of myknowledge and belief.

Dated: August 12, 2024
       New York, New York

Respectfully submitted,

KIRSCH & NIEHAUS PLLC

_____
Craig S. Tarasoff
950 Third Avenue, Suite 1900
New York, New York 10022
(646) 415-7530
craig.tarasoff@kirschniehaus.com

*Attorneys for Defendants*