UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN MICHAEL QUINN,<br><br>    Plaintiff,<br><br>v.<br><br>KREINDLER & KREINDLER LLP<br><br>and<br><br>JAMES P. KREINDLER,<br><br>    Defendants. | Civil Action No.: 21-1824 |

## NOTICE OF APPERANCE

PLEASE TAKE NOTICE that CRAIG S. TARASOFF, Esq. hereby enters his appearance for and on behalf of Defendants Kreindler & Kreindler, LLP and James P. Kreindler.

All communications, whether oral or in writing, including any pleadings, motions, notices, memoranda, and/or letters, should be served and directed to the undersigned counsel on behalf of the aforesaid parties.

DATED: August 20, 2024

                                            Respectfully submitted,

                                            */s/ Craig S. Tarasoff*
                                            Craig S. Tarasoff
                                            950 Third Avenue, Suite 1900
                                            New York, New York 10022
                                            (646) 415-7530
                                            Craig.tarasoff@kirschniehaus.com

                                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 20, 2024, the foregoing was electronically filed and served upon on all counsel of record via ECF.

                                                                                      /s/ Craig S. Tarasoff
                                                                                    Craig S. Tarasoff