PEX 6

February 7, 2013


James P. Kreindler, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017

Samuel Silverman, Esq.
The Silverman Law Firm
16 Squadron Boulevard
New City, NY 10956

Dear Mr. Kreindler and Mr. Silverman:

We are pleased that you have asked Nelson Mullins Riley & Scarborough LLP and QGA Public Affairs ("Nelson Mullins and QGA" or "Firms") to provide strategic counseling and public policy representation to Kreindler & Kreindler LLP and The Silverman Law Firm ("Kreindler & Kreindler and Silverman"). This letter will confirm our discussions regarding your engagement of Nelson Mullins and QGA. It will describe the basis on which our Firms will jointly provide services in connection with Kreindler & Kreindler's and Silverman's representation of the United States victims of the November 26, 2008 Mumbai terror attacks and their surviving family members ("Matter").

**Scope of Representation**

Nelson Mullins and QGA will work closely with Kreindler & Kreindler and Silverman to provide a sustained and coordinated effort using our understanding of government policy and procedure to assist with the representation of the United States plaintiffs and their decedents of the Mumbai terror attacks.

We will devote our best efforts to representing Kreindler & Kreindler and Silverman. In doing so, we will strictly adhere to both the legal and moral obligations of our profession. Those obligations may include the requirement that we register as lobbyists on your behalf. If registration is required, each of our Firms will review the lobbying activity on your behalf on a quarterly basis and file the necessary quarterly lobbying reports.

**Fees**

Kreindler & Kreindler and Silverman have retained Nelson Mullins and QGA on a contingent-fee basis and our fees will be payable only out of amounts recovered. Nelson Mullins and QGA will collectively be compensated by 20% of the gross proceeds of the legal fees awarded to Kreindler & Kreindler and Silverman in the Matter, whether obtained by settlement or by judgment or other recovery.

Kreindler & Kreindler LLP
The Silverman Law Firm
February 7, 2013
Page 2

## Costs and Expenses

Kreindler & Kreindler and Silverman will reimburse Nelson Mullins and QGA for reasonable and necessary out-of-pocket disbursements and costs, provided, however that Nelson Mullins and/or QGA receive prior authorization for any out-of-pocket disbursements or costs exceeding $200.00. Our Firms will submit invoices for such costs, including appropriate documentation, and payment will be made by Kreindler & Kreindler and Silverman within 30 days from receipt.

Kreindler & Kreindler and Silverman will remain responsible for all costs our Firms incur on Kreindler & Kreindler's and Silverman's behalf, regardless of recovery. All expenses due will be repaid to our respective Firms prior to the division of funds on the 80/20 basis set forth above.

## Termination of Representation

You have the right to terminate our representation at any time. Our Firms have the same right to withdraw from representation under the following circumstances:

a. If you breach this agreement

b. If, for professional or ethical reasons (such as a presently unknown conflict of interest), Nelson Mullins or QGA cannot proceed with the representation

In the event this agreement is terminated by us before settlement or ultimate recovery, no fees shall be payable to us, but you shall remain responsible for payment of all costs advanced by Nelson Mullins and/or QGA. If QGA and/or Nelson Mullins elect(s) to withdraw, you shall be provided reasonable notice and notified in writing.

If you elect to terminate this agreement, it will not terminate Nelson Mullins' and QGA's contingency interest in the outcome of the Matter.

This agreement shall not be modified or waived in any respect except in writing and signed by Kreindler & Kreindler, Silverman, Nelson Mullins and QGA.

We look forward to the opportunity to represent you on this Matter. If you have any questions about these provisions, please do not hesitate to contact us.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Kreindler & Kreindler LLP
The Silverman Law Firm
February 7, 2013
Page 3


Otherwise, please indicate Kreindler & Kreindler's and Silverman's acceptance of these terms and conditions by signing a copy of this letter and returning it to Robert Crowe, Nelson Mullins Riley & Scarborough LLP, 101 Constitution Ave, NW, Suite 900, Washington, D.C. 20001.


_____
Robert B. Crowe
Partner and Co-Chair,
Government Relations Practice
Nelson Mullins Riley & Scarborough LLP

_____
Jack Quinn
Chairman
QGA Public Affairs


By: _____
    Name:
    Title:

Date: _____
      Feb. 8, 2013


By: _____
    Name:
    Title:

Date: _____
      2/11/13


CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

QUINN_000674