# PEX 8

# Agreement re 9/11 Terrorist Litigation

Thu, Jun 20, 2013 at 10:55 AM EDT (GMT-04:00)

**From: Genie Masterson <GMasterson@kreindler.com>** (sent via Genie Masterson <GMasterson@kreindler.com>)
To: 'bob.crowe@nelsonmullins.com' <bob.crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>
Cc: Jim Kreindler <JKreindler@kreindler.com>

Gentlemen,

Attached please find the Agreement regarding the 9/11 Terrorist Litigation. Please sign the Agreement and return to Jim via email. The list of cases will follow. Thank you.

Kind regards,
**Genie Masterson**
Legal Secretary to Jim Kreindler



Kreindler & Kreindler LLP
750 Third Avenue          T: 212.973.3461      ·    E-mail: gmasterson@kreindler.com
New York, NY 10017-2703   F: 212.972.9432      ·    Web:    www.kreindler.com

Please consider the environment before printing this e-mail.

CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.

IRS DISCLAIMER: Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service standards (Circular 230), we are required to inform you that only formal, written tax opinions meeting the requirements of Circular 230 may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used,and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

## Attachments

- agreement.pdf