## RE: 9-11 Agreement

Fri, Jun 28, 2013 at 2:38 PM EDT (GMT-04:00)

**From: Jim Kreindler <JKreindler@kreindler.com>** (sent via Jim Kreindler <JKreindler@kreindler.com>)
**To:** Jack Quinn <jquinn@quinngillespie.com>
**Cc:** Robert B. Crowe <bob.crowe@nelsonmullins.com>

Fine. Thanks jack -----Original Message----- From: Jack Quinn [mailto:jquinn@quinngillespie.com] Sent: Friday, June 28, 2013 2:39 PM To: Jim Kreindler Cc: Robert B. Crowe Subject: Re: 9-11 Agreement Jim -- I discussed with Mark Linaugh at our parent company, WPP, the advisability of my dividing my role in this matter into providing both gov't relations (via QGA) and legal services (as a sole practitioner) and Mark quite agreed that that makes best sense -- So, I will send you a slight revision of the LOA to reflect my wearing both hats. Many thanks, Jack Jack Quinn _____ QGA Public Affairs 1133 Connecticut Avenue NW 5th Floor Washington DC 20036 (P) 202-429-6871 (F) 202-457-1130 jquinn@qga.com http://www.qga.com On 6/19/13 12:54 PM, "Jim Kreindler" wrote: >Good. Will do. I don't know him. > >Sent from my iPhone > >On Jun 19, 2013, at 12:45 PM, "Jack Quinn" >wrote: > >> I'm with Bob now and we are fine with the fee arrangement. Will you >>put in final? >> >> Btw, do you know Tom Lankford who also has Saudi claims? >> >> Best, >> >> Jack >> >> Sent from my iPhone >CONFIDENTIALITY NOTE: The information contained in this email and any >document attached hereto is intended only for the named recipient(s). >If you are not the intended recipient, nor the employee or agent >responsible for delivering this message in confidence to the intended >recipient(s),you are hereby notified that you have received this >transmittal in error, and any review, dissemination, distribution or >copying of this transmittal or its attachments is strictly prohibited. >If you have received this transmittal and/or attachments in error, >please notify Kreindler & Kreindler LLP immediately by telephone at >212.687.8181 and then delete this message, including any attachments. > >IRS DISCLAIMER: Communications from our firm may contain or incorporate >federal tax advice. Under recently promulgated US Internal Revenue >Service standards (Circular 230), we are required to inform you that >only formal, written tax opinions meeting the requirements of Circular >230 may be relied upon by taxpayers for the purpose of avoiding >tax-related penalties. Accordingly, this communication is not intended >or written to be used,and it cannot be used, for the purpose of >avoiding tax-related penalties under the Internal Revenue Code. > >

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              QUINN_000824