# PEX 12



**From:** **Powell, Dina H. EOP/WHO** Dina.H.Powell@who.eop.gov
**Subject:** Re: POTUS Trip to KSA and An As-Yet-Unaddressed Opportunity
**Date:** May 9, 2017 at 4:45 PM
**To:** Jack Quinn jquinn2000@gmail.com
**Cc:** Dina Powell dinapowell2@gmail.com, Clark, Andrew A. EOP/NSC James_A_Clark@nsc.eop.gov

Thanks so much Jack

Am going to ask
Andrew to set up a call with you tomorrow to get all the information- he is working with me on all these issues

Sent from my iPhone

On May 8, 2017, at 3:00 PM, Jack Quinn <jquinn2000@gmail.com> wrote:

> resending with typo corrected....
>
> ## Jack Quinn
>
> ---------- Forwarded message ----------
> From: **Jack Quinn** <jquinn2000@gmail.com>
> Date: Mon, May 8, 2017 at 2:08 PM
> Subject: POTUS Trip to KSA and An As-Yet-Unaddressed Opportunity
> To: Dina Powell <dinapowell2@gmail.com>
>
>
> Hi, Dina --
>
> Hope you're as well and happy as I know you are busy. This is an important message -- I hope you'll consider it and agree that it is worth consideration.
>
> As I noted earlier, I am co-counsel to both several insurers and to thousands of the 9/11 families involved in litigation with the Kingdom of Saudi Arabia. Attached is a document prepared by several of those of us involved in the 9/11 litigation on behalf of both the families and the commercial carriers outlining how the President could orchestrate a state-to-state resolution of the cases -- a result that would avoid several years of additional litigation and remove a major block to efforts to make the most of the U.S.-Saudi relationship.
>
> If the President pursues this path, it will represent a signature foreign policy achievement and be immensely popular here at home, including in the Congress, which you will recall voted overwhelmingly to override the Obama veto of the Justice Against Sponsors of Terrorism Act last year.
>
> The 9/11 families are well aware that the Saudis continue to raise these lawsuits in diplomatic discussions. The attached paper sets forth a suggestion of a process by which the President can respond to those entreaties at the same time that he remains steadfast in his repeated commitments to the 9/11 victims and their families.
>
> Please let me know how we might best engage with you and your colleagues on this matter.
>
> Very best regards,
>
> Jack
>
> *Jack Quinn*
> *(2020 320-9266*
>
> <POTUS - Historic Opportunity to Resolve September 11 Lawsuits.docx>