# PEX 14

# 9/11 Terrorist Litigation

---

Mon, Jul 1, 2013 at 1:29 PM EDT (GMT-04:00)

**From: Genie Masterson <GMasterson@kreindler.com>** (sent via Genie Masterson <GMasterson@kreindler.com>)
To: Jack Quinn <jquinn@quinngillespie.com>; 'bob.crowe@nelsonmullins.com' <bob.crowe@nelsonmullins.com>
Cc: Jim Kreindler <JKreindler@kreindler.com>

---

Dear Sirs,

Attached please find Agreement and Amended Agreement which has been signed by Jim Kreindler.

Regards,

**Genie Masterson**
Legal Secretary to Jim Kreindler



Kreindler & Kreindler LLP

750 Third Avenue            T:  212.973.3461     ·     E-mail:  gmasterson@kreindler.com
New York, NY 10017-2703   F:  212.972.9432     ·     Web:     www.kreindler.com

🌏 Please consider the environment before printing this e-mail.

---

## Attachments

- agreement..pdf

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**AGREEMENT BETWEEN KREINDLER & KREINDLER LLP,
NELSON MULLINS, QUINN GILLESPIE & ASSOCIATES AND JOHN M. QUINN, ESQ.**

As compensation for their efforts in assisting in obtaining a recovery for the 9/11 victims and their families, Nelson Mullins, Quinn Gillespie & Associates (d/b/a QGA Public Affairs) and John M. Quinn, Esq. shall receive a combined fee of 1% percent of the net recovery on each decedent's wrongful death case and each personal injury case where Kreindler & Kreindler has or receives a fee in the consolidated 9/11 Terrorist Litigation.  The Nelson Mullins, Quinn Gillespie and Quinn 1% fee shall be paid from the attorneys' fees in all said cases where Kreindler & Kreindler has or receives a fee.  The attached is a list of the consolidated Ashton cases.  In the event that the eventual attorneys' fees received are reduced from the attorneys' fees specified in the retainer agreements executed by the Kreindler & Kreindler clients, then the Nelson Mullins and Quinn Gillespie 1% fee shall be proportionally reduced in accordance with any reduction in Kreindler & Kreindler fees.  The Quinn Gillespie and John M. Quinn, Esq. half portion of the 1% fee shall be divided equally between Quinn Gillespie and John M. Quinn, Esq. to reflect the portion of Quinn's services that may constitute the practice of law.

James P. Kreindler, Esq.
Kreindler & Kreindler

Robert Crowe, Esq.
Nelson Mullins

John M. Quinn, Esq.

John M. (Jack) Quinn
Quinn Gillespie & Associates (d/b/a QGA Public Affairs)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## AMENDMENT TO THE AGREEMENT DATED FEBRUARY 7, 2013

Because certain of Mr. Quinn's services in connection with the Matters undertaken on behalf of the November 26, 2008 Mumbai terror attack victims and their surviving family members may constitute the practice of law,  John M. Quinn, Esq. is hereby made a signatory to the Agreement embodied in a letter of February 7, 2013.  The fee that would be paid pursuant to that Agreement in respect of Quinn's services will be equally divided between QGA Public Affairs and John M. Quinn, Esq. to reflect the portion of Quinn's services that may constitute the practice of law.


James P. Kreindler


Robert Crowe


John M. Quinn, Esq.


John M. (Jack) Quinn
Chairman, QGA Public Affairs