PEX 16

# Mumbai + 911

---

Thu, Oct 10, 2013 at 4:12 PM EDT (GMT-04:00)

**From: Bob Crowe <Bob.Crowe@nelsonmullins.com>** (sent via Bob Crowe <Bob.Crowe@nelsonmullins.com>)
To: Jack Quinn <jquinn@quinngillespie.com>
Cc: Lana Proia <Lana.Proia@nelsonmullins.com>; Jim Kreindler (JKreindler@kreindler.com) <JKreindler@kreindler.com>

---

Jack,

I have set up a meeting with David Wade on Wednesday October 23 at 4:30. Please let me know if you can make it.

Best, Bob

**Robert B. Crowe** | **Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

---

# FW: Mumbai + 911

---

Thu, Oct 10, 2013 at 4:24 PM EDT (GMT-04:00)

**From: Bob Crowe <Bob.Crowe@nelsonmullins.com>** (sent via Bob Crowe <Bob.Crowe@nelsonmullins.com>)
To: Jack Quinn <jquinn@quinngillespie.com>

---

I will let you do this as you are smarter than me!

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

---

**From:** Summers, Matt [mailto:SummersMR@state.gov]
**Sent:** Thursday, October 10, 2013 4:22 PM
**To:** Bob Crowe
**Subject:** RE: Mumbai + 911

Great shoot me some background between now and then so I can have the right expert in there with David as well.

**From:** Bob Crowe [mailto:Bob.Crowe@nelsonmullins.com]
**Sent:** Thursday, October 10, 2013 4:20 PM
**To:** Summers, Matt
**Subject:** FW: Mumbai + 911

Matt,

October 23 at 4:30 works for Jack Quinn and me. Thank you and thanks for today.

Best, Bob

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

---

**From:** Jack Quinn [mailto:jquinn@quinngillespie.com]
**Sent:** Thursday, October 10, 2013 4:16 PM
**To:** Bob Crowe
**Cc:** Lana Proia; Jim Kreindler (JKreindler@kreindler.com); Lynn Faught
**Subject:** Re: Mumbai + 911

You bet.  Many thanks, Bob.

*Jack Quinn*

## QGA Public Affairs

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

1133 Connecticut Avenue NW
5th Floor
Washington DC 20036

(P) 202-429-6871
(F) 202-457-1130
jquinn@qga.com
http://www.qga.com



---

**From:** Robert Crowe <bob.crowe@nelsonmullins.com>
**Date:** Thursday, October 10, 2013 4:12 PM
**To:** Jack Quinn <jquinn@quinngillespie.com>
**Cc:** Lana Proia <Lana.Proia@nelsonmullins.com>, Jim Kreindler <jkreindler@kreindler.com>
**Subject:** Mumbai + 911

Jack,

I have set up a meeting with David Wade on Wednesday October 23 at 4:30. Please let me know if you can make it.

Best, Bob

**Robert B. Crowe | Nelson Mullins**
**One Post Office Square, 30th Fl., Boston, MA  02109**
**101 Constitution Avenue NW, Washington, DC  20001**
**bob.crowe@nelsonmullins.com**
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

# RE: Mumbai + 911

Thu, Oct 10, 2013 at 4:26 PM EDT (GMT-04:00)

**From: Bob Crowe <Bob.Crowe@nelsonmullins.com>** (sent via Bob Crowe <Bob.Crowe@nelsonmullins.com>)
To: 'Summers, Matt' <SummersMR@state.gov>
Cc: Jack Quinn <jquinn@quinngillespie.com>

Jack will get you this. Thanks again Matt.

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

**From:** Summers, Matt [mailto:SummersMR@state.gov]
**Sent:** Thursday, October 10, 2013 4:22 PM
**To:** Bob Crowe
**Subject:** RE: Mumbai + 911

Great shoot me some background between now and then so I can have the right expert in there with David as well.

**From:** Bob Crowe [mailto:Bob.Crowe@nelsonmullins.com]
**Sent:** Thursday, October 10, 2013 4:20 PM
**To:** Summers, Matt
**Subject:** FW: Mumbai + 911

Matt,

October 23 at 4:30 works for Jack Quinn and me. Thank you and thanks for today.

Best, Bob

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

**From:** Jack Quinn [mailto:jquinn@quinngillespie.com]
**Sent:** Thursday, October 10, 2013 4:16 PM
**To:** Bob Crowe
**Cc:** Lana Proia; Jim Kreindler (JKreindler@kreindler.com); Lynn Faught
**Subject:** Re: Mumbai + 911

You bet.  Many thanks, Bob.

*Jack Quinn*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    QUINN_000878

**QGA Public Affairs**
1133 Connecticut Avenue NW
5th Floor
Washington DC 20036

(P) 202-429-6871
(F) 202-457-1130
jquinn@qga.com
http://www.qga.com



---

**From:** Robert Crowe <bob.crowe@nelsonmullins.com>
**Date:** Thursday, October 10, 2013 4:12 PM
**To:** Jack Quinn <jquinn@quinngillespie.com>
**Cc:** Lana Proia <Lana.Proia@nelsonmullins.com>, Jim Kreindler <jkreindler@kreindler.com>
**Subject:** Mumbai + 911

Jack,

I have set up a meeting with David Wade on Wednesday October 23 at 4:30. Please let me know if you can make it.

Best, Bob

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

# RE: Mumbai + 911

---

Thu, Oct 10, 2013 at 4:55 PM EDT (GMT-04:00)

**From: Jim Kreindler <JKreindler@kreindler.com>** (sent via Jim Kreindler <JKreindler@kreindler.com>)
To: 'Bob Crowe' <Bob.Crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>
Cc: Lana Proia <Lana.Proia@nelsonmullins.com>

Good. thanks

---

**From:** Bob Crowe [mailto:Bob.Crowe@nelsonmullins.com]
**Sent:** Thursday, October 10, 2013 4:12 PM
**To:** Jack Quinn (jquinn@quinngillespie.com)
**Cc:** Lana Proia; Jim Kreindler
**Subject:** Mumbai + 911

Jack,

I have set up a meeting with David Wade on Wednesday October 23 at 4:30. Please let me know if you can make it.

Best, Bob

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

---