PEX 17

# Memo re Terrorism Cases

Fri, Oct 18, 2013 at 10:48 AM EDT (GMT-04:00)

**From: Bob Crowe <Bob.Crowe@nelsonmullins.com>** (sent via Bob Crowe <Bob.Crowe@nelsonmullins.com>)
To: Matthew Summers (summersmr@state.gov) <summersmr@state.gov>
Cc: Jack Quinn <jquinn@quinngillespie.com>

Matt,

Attached please find a memo summarizing the issues we will be talking to David about on Wednesday the 23rd at 4:30. Thanks again for all you do.

All the best, Bob

**Robert B. Crowe | Nelson Mullins**
One Post Office Square, 30th Fl., Boston, MA  02109
101 Constitution Avenue NW, Washington, DC  20001
bob.crowe@nelsonmullins.com
T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

## Attachments

- Pending Terrorism Cases 10.23.13 FINAL.docx
- Pending Terrorism Cases 10.23.13 FINAL.pdf