# PEX 21

**From:** "Jim Kreindler" <JKreindler@kreindler.com>
**Sent:** Tue, 14 Mar 2017 16:40:05 -0400 (EDT)
**To:** "Jay Winuk" <jay@winukpr.com>
**Cc:** "cindy@winukpr.com" <cindy@winukpr.com>; "jquinn2000@gmail.com" <jquinn2000@gmail.com>; "Justin T. Green" <JGreen@kreindler.com>; "Andrew J. Maloney" <AMaloney@kreindler.com>; "Steven R. Pounian" <Spounian@kreindler.com>
**Subject:** Re: revised news release

---

Jay: let's take out the K&K stuff. Just list jack and I. You can make Justin and duke back ups

Sent from my iPhone

On Mar 13, 2017, at 4:35 PM, Jay Winuk <jay@winukpr.com<mailto:jay@winukpr.com>> wrote:

Okay.  Latest version attached.

From: Jim Kreindler [mailto:JKreindler@kreindler.com]
Sent: Monday, March 13, 2017 4:21 PM
To: 'Jay Winuk'
Cc: 'cindy@winukpr.com<mailto:cindy@winukpr.com>'
Subject: RE: revised news release

Jack quinn must be called K&K co counsel

From: Jay Winuk [mailto:jay@winukpr.com]
Sent: Monday, March 13, 2017 10:13 AM
To: Jim Kreindler
Cc: cindy@winukpr.com<mailto:cindy@winukpr.com>
Subject: revised news release

Hi Jim:

Attached is the revised news release draft, based on our call Friday.  We've not adjusted any of the original copy which quotes directly from the complaint.  We'll finalize those portions as needed once the complaint itself is finalized.

Please review and then update us with any edits and the latest on the timing of filing, whether or not co-counsel is to be included, etc.

Thanks.

Jay

Jay S. Winuk
President
Winuk Communications, Inc.
845-277-1160 (direct)
914-523-3227 (cell)
jay@winukpr.com<mailto:jay@winukpr.com>
www.winukpr.com<http://www.winukpr.com/>


This email has been scanned by the Symantec Email Security.cloud service.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                      QUINN_012191

For more information please visit http://www.symanteccloud.com

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

<Kreindler JASTA law suit news release draft 3.docx>

CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

QUINN_012192