# PEX 22

**From:** "Jay Winuk" <jay@winukpr.com>
**Sent:** Tue, 14 Mar 2017 16:50:01 -0400 (EDT)
**To:** "'Jim Kreindler'" <JKreindler@kreindler.com>
**Cc:** cindy@winukpr.com; jquinn2000@gmail.com; "'Justin T. Green'" <JGreen@kreindler.com>; "'Andrew J. Maloney'" <AMaloney@kreindler.com>; "'Steven R. Pounian'" <Spounian@kreindler.com>
**Subject:** RE: revised news release

---

Do you mean take out the following paragraph?

**About Kreindler & Kreindler LLP**
Kreindler & Kreindler LLP, the nation's leading aviation law firm, played a lead role in the successful law suit against the government of Libya, which ultimately produced $2.7 billion in additional compensation for the families of the 270 victims of the terrorist attack which took down Pan Am Flight 103 over Lockerbie, Scotland, in 1988. The firm has investigated and/or litigated countless domestic and international crashes over the decades, including the 9/11 terrorist attacks, the still-missing Malaysia Airlines Flight MH370, the deliberate crash of Germanwings Flight 9525, TWA 800, Continental Airlines Flight 3407 in Buffalo, EgyptAir 990 and many others.

-----Original Message-----
From: Jim Kreindler [mailto:JKreindler@kreindler.com]
Sent: Tuesday, March 14, 2017 4:40 PM
To: Jay Winuk
Cc: cindy@winukpr.com; jquinn2000@gmail.com; Justin T. Green; Andrew J. Maloney; Steven R. Pounian
Subject: Re: revised news release

Jay: let's take out the K&K stuff. Just list jack and I. You can make Justin and duke back ups

Sent from my iPhone

On Mar 13, 2017, at 4:35 PM, Jay Winuk <jay@winukpr.com<mailto:jay@winukpr.com>> wrote:

Okay.  Latest version attached.

From: Jim Kreindler [mailto:JKreindler@kreindler.com]
Sent: Monday, March 13, 2017 4:21 PM
To: 'Jay Winuk'
Cc: 'cindy@winukpr.com<mailto:cindy@winukpr.com>'
Subject: RE: revised news release

Jack quinn must be called K&K co counsel

From: Jay Winuk [mailto:jay@winukpr.com]
Sent: Monday, March 13, 2017 10:13 AM
To: Jim Kreindler
Cc: cindy@winukpr.com<mailto:cindy@winukpr.com>
Subject: revised news release

Hi Jim:

Attached is the revised news release draft, based on our call Friday.  We've not adjusted any of the original copy which quotes directly from the complaint.  We'll finalize those portions as needed once the complaint itself is finalized.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                    QUINN_012195

Please review and then update us with any edits and the latest on the timing of filing, whether or not co-counsel is to be included, etc.

Thanks.

Jay

Jay S. Winuk
President
Winuk Communications, Inc.
845-277-1160 (direct)
914-523-3227 (cell)
jay@winukpr.com<mailto:jay@winukpr.com>
www.winukpr.com<http://www.winukpr.com/>


This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____
<Kreindler JASTA law suit news release draft 3.docx>

_____
CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.
_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____