# PEX 23

**From:** <Carter>, Sean Carter <SCarter1@cozen.com>
**Date:** Thursday, January 22, 2015 at 12:35 PM
**To:** Jim Kreindler <jkreindler@kreindler.com>, "WTC[amaloney@kreindler.com]" <amaloney@kreindler.com>, "Haefele, Robert" <rhaefele@motleyrice.com>, "Jerry S. Goldman Esq." <jgoldman@andersonkill.com>
**Cc:** Jack Quinn <jquinn@qga.com>
**Subject:** FW: In re Terrorist Attacks MDL

**From:** Normand, Sarah (USANYS) [mailto:Sarah.Normand@usdoj.gov]
**Sent:** Thursday, January 22, 2015 12:35 PM
**To:** Carter, Sean
**Cc:** WTC[jeannette.vargas@usdoj.gov]
**Subject:** RE: In re Terrorist Attacks MDL

Yes, that's correct.  Thanks.

**From:** Carter, Sean [mailto:SCarter1@cozen.com]
**Sent:** Thursday, January 22, 2015 12:33 PM
**To:** Normand, Sarah (USANYS)
**Cc:** Vargas, Jeannette (USANYS)
**Subject:** RE: In re Terrorist Attacks MDL

Sarah – Thanks for your letter of the 20th, and for your and Jeannette's work in shepherding this process. Although I think it self-evident from the letter authorizing the public filing of the transcripts, a few of my co-counsel have asked me to confirm that we may of course share the transcripts with co-counsel and staff prior to the formal filing of the transcripts of record, without pursuing SAM authorizations for those additional members of our team.  Thanks, Sean

**From:** Normand, Sarah (USANYS) [mailto:Sarah.Normand@usdoj.gov]
**Sent:** Tuesday, January 20, 2015 7:08 PM
**To:** Carter, Sean
**Cc:** WTC[jeannette.vargas@usdoj.gov]
**Subject:** In re Terrorist Attacks MDL

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        QUINN_003820

Sean,

Please see the attached letter.

Regards,

Sarah S. Normand

Deputy Chief, Civil Division

U.S. Attorney's Office, SDNY

86 Chambers Street, Third Floor

New York, NY  10007

(212) 637-2709 (tel)

(212) 637-2730 (fax)

sarah.normand@usdoj.gov

---

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

---

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person),

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    QUINN_003821

you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    QUINN_003822