PEX 24

# FW: 117430 latest filings in NDIL forfeiture action 11-4175

Tue, Nov 19, 2013 at 12:16 PM EST (GMT-05:00)

**From:** Jim Kreindler <JKreindler@kreindler.com> (sent via Jim Kreindler <JKreindler@kreindler.com>)
**To:** 'Bob.Crowe@nelsonmullins.com' <Bob.Crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>

The Chicago order.

**From:** Carter, Sean [mailto:SCarter1@cozen.com]
**Sent:** Friday, November 15, 2013 4:10 PM
**To:** Jim Kreindler
**Subject:** FW: 117430 latest filings in NDIL forfeiture action 11-4175

Here you go.

**From:** Adler, Marc
**Sent:** Friday, November 15, 2013 12:48 PM
**To:** Carter, Sean; Tarbutton, J. Scott; Cozen, Stephen; Sher, Abby
**Cc:** Williams, Coleen
**Subject:** 117430 latest filings in NDIL forfeiture action 11-4175

Updated calendaring system accordingly.

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

## Attachments

- 0162_2013-11-13_Judgment Order (Kennelly) in Claimants' Favor per 10-9-13 Order [11-4175].pdf
- 0163_2103-11-13_Judgement Entered in Favor of Claimants against US and Def Funds [11-4175].pdf

# RE: 117430 latest filings in NDIL forfeiture action 11-4175

Tue, Nov 19, 2013 at 3:35 PM EST (GMT-05:00)

**From: Michael DiRoma <mdiroma@quinngillespie.com>** (sent via Michael DiRoma <mdiroma@quinngillespie.com>)
To: Jack Quinn <jquinn@quinngillespie.com>

Jack—Did you get a chance to look at these yet?  I don't see mention of the intervention by Kreindler.  Mind if I reach out to Jim?

**From:** Jack Quinn
**Sent:** Tuesday, November 19, 2013 12:17 PM
**To:** Michael DiRoma
**Subject:** Fwd: 117430 latest filings in NDIL forfeiture action 11-4175

Sent from my iPhone

Begin forwarded message:

> **From:** Jim Kreindler <JKreindler@kreindler.com>
> **Date:** November 19, 2013 at 12:16:15 PM EST
> **To:** "'Bob.Crowe@nelsonmullins.com'" <Bob.Crowe@nelsonmullins.com>, 'Jack Quinn' <jquinn@quinngillespie.com>
> **Subject: FW: 117430 latest filings in NDIL forfeiture action 11-4175**
>
> The Chicago order.
>
> **From:** Carter, Sean [mailto:SCarter1@cozen.com]
> **Sent:** Friday, November 15, 2013 4:10 PM
> **To:** Jim Kreindler
> **Subject:** FW: 117430 latest filings in NDIL forfeiture action 11-4175
>
> Here you go.
>
> **From:** Adler, Marc
> **Sent:** Friday, November 15, 2013 12:48 PM
> **To:** Carter, Sean; Tarbutton, J. Scott; Cozen, Stephen; Sher, Abby
> **Cc:** Williams, Coleen
> **Subject:** 117430 latest filings in NDIL forfeiture action 11-4175
>
> Updated calendaring system accordingly.
>
> **Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.
>
> **Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    QUINN_000953

communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER	QUINN_000954

# FW: 9/11 Claims

Thu, Nov 21, 2013 at 1:24 PM EST (GMT-05:00)

**From:** Jim Kreindler <JKreindler@kreindler.com> (sent via Jim Kreindler <JKreindler@kreindler.com>)
To: 'Bob.Crowe@nelsonmullins.com' <Bob.Crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>

Bob and Jack: This is the federal ins. White paper that has been shown to Wade, Tony Blinkin, Biden, jake Sullivan, Richardson and others .I think it would be good if the 3 of us met with Klinger, Cozen, sean Carter and maybe some others in DC so we all get on exactly the same page. Should try to do it before dec. 16 when the US will probably be asked to weigh in on the cert. petition. What do you think?

**From:** Carter, Sean [mailto:SCarter1@cozen.com]
**Sent:** Tuesday, November 19, 2013 3:00 PM
**To:** Jim Kreindler
**Subject:** FW: 9/11 Claims

Jim – As discussed.  Obviously not to be shared with anyone absent our mutual agreement.  Thanks

**From:** Carter, Sean
**Sent:** Thursday, November 01, 2012 3:53 PM
**To:** 'Klingler, Richard'
**Subject:** FW: 9/11 Claims

**From:** Carter, Sean
**Sent:** Thursday, November 01, 2012 3:44 PM
**To:** 'groshlj@state.gov'
**Subject:** 9/11 Claims

Dear Ms. Grosh,

With apologies for the delay, attached is the paper addressing the issues raised during our meeting in September.  Regards, Sean

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

## Attachments

- 9-11 White Paper.pdf.pdf.pdf

# Fwd: JASTA Co-Sponsors

Tue, Dec 3, 2013 at 4:48 PM EST (GMT-05:00)

**From: Carter, Sean <SCarter1@cozen.com>** (sent via Carter, Sean <SCarter1@cozen.com>)
To: WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; 'Bob Crowe' <Bob.Crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>

As promised, below are the current JASTA sponsors in the Senate and House. Sent from my iPhone Begin forwarded message: From: "Tarbutton, J. Scott" > Date: December 3, 2013 at 4:30:09 PM EST To: "Carter, Sean" > Subject: JASTA Co-Sponsors Senator Schumer, Charles E. [NY]; Senator Coons, Christopher A. [DE]; Senator Cornyn, John [TX]; Senator Feinstein, Dianne [CA]; Senator Flake, Jeff [AZ]; Senator Graham, Lindsey [SC]; Senator Hatch, Orrin G. [UT]; Senator Klobuchar, Amy [MN]; Senator Lee, Mike [UT]; Senator Markey, Edward J. [MA]; Senator Menendez, Robert [NJ]; and Senator Whitehouse, Sheldon [RI]. Representative King, Peter T. [NY-2]; Representative Buchanan, Vern [FL-16]; Representative Farenthold, Blake [TX-27]; Representative Fitzpatrick, Michael G. [PA-8]; Representative Frelinghuysen, Rodney P. [NJ-11]; Representative Grimm, Michael G. [NY-11]; Representative LoBiondo, Frank A. [NJ-2]; Representative Maloney, Carolyn B. [NY-12]; Representative McCarthy, Carolyn [NY-4]; Representative Meehan, Patrick [PA-7]; Representative Nadler, Jerrold [NY-10]; Representative Poe, Ted [TX-2]; Representative Swalwell, Eric [CA-15]; Representative Tonko, Paul [NY-20]; Representative Welch, Peter [VT]; and Representative Wolf, Frank R. [VA-10]. J. Scott Tarbutton | Cozen O'Connor 1900 Market Street | Philadelphia, PA 19103 | P: 215.665.7255 | F: 215.701.2467 starbutton@cozen.com | www.cozen.com _____ Notice: To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service. _____
Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

# Registration Line 7

Wed, Dec 18, 2013 at 12:30 PM EST (GMT-05:00)

**From: Michael DiRoma <mdiroma@quinngillespie.com>** (sent via Michael DiRoma <mdiroma@quinngillespie.com>)
To: Lynn Faught <lfaught@qga.com>
Cc: Jack Quinn <jquinn@quinngillespie.com>

Lynn, Here is what should work best in terms of the client names, with OK from Kreindler:

On the 9/11 Registration:

Kreindler & Kreindler (on behalf of the Ashton plaintiffs in the case In Re Terrorist Attacks on September 11, 2001)

On the Mumbai Registration:

Kreindler & Kreindler (on behalf of the plaintiffs in the case Rosenberg et al v. Lashkar-E-Taiba et al., E.D.N.Y.)


Michael D. DiRoma
QGA Public Affairs
202.457.1110
mdiroma@qga.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                QUINN_000966