PEX 25

# RE:

---

Mon, Jan 6, 2014 at 8:44 AM EST (GMT-05:00)

**From: Bob Crowe <Bob.Crowe@nelsonmullins.com>** (sent via Bob Crowe <Bob.Crowe@nelsonmullins.com>)
To: 'Jim Kreindler' <JKreindler@kreindler.com>; Jack Quinn <jquinn@quinngillespie.com>

---

Yes - we are meeting for dinner to discuss further as soon as he can this month. He was neither positive or negative! Robert B. Crowe | Nelson Mullins One Post Office Square, 30th Fl., Boston, MA 02109 101 Constitution Avenue NW, Washington, DC 20001 bob.crowe@nelsonmullins.com T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 -----Original Message----- From: Jim Kreindler [mailto:JKreindler@kreindler.com] Sent: Monday, January 06, 2014 8:06 AM To: Bob Crowe; Jack Quinn Subject: I hope you both had a good new year. Bob: were you able to meet JK before his trip to Saudi Arabia ? Thanks Jim Sent from my iPhone Confidentiality Notice This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message. To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Re: RE:

Mon, Jan 6, 2014 at 8:53 AM EST (GMT-05:00)

**From: Jim Kreindler <JKreindler@kreindler.com>** (sent via Jim Kreindler <JKreindler@kreindler.com>)

To: Bob Crowe <Bob.Crowe@nelsonmullins.com>

Cc: Jack Quinn <jquinn@quinngillespie.com>

Ok. Thanks. Sent from my iPhone > On Jan 6, 2014, at 8:44 AM, "Bob Crowe" wrote: > > Yes - we are meeting for dinner to discuss further as soon as he can this month. He was neither positive or negative! > > Robert B. Crowe | Nelson Mullins > One Post Office Square, 30th Fl., Boston, MA 02109 > 101 Constitution Avenue NW, Washington, DC 20001 > bob.crowe@nelsonmullins.com > T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 > > > -----Original Message----- > From: Jim Kreindler [mailto:JKreindler@kreindler.com] > Sent: Monday, January 06, 2014 8:06 AM > To: Bob Crowe; Jack Quinn > Subject: > > I hope you both had a good new year. Bob: were you able to meet JK before his trip to Saudi Arabia ? Thanks Jim > > Sent from my iPhone > Confidentiality Notice > > This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. > > If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message. > > To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER