# PEX 27

# RE:

**Fri, Mar 28, 2014 at 3:16 PM EDT (GMT-04:00)**

**From:** Carter, Sean <SCarter1@cozen.com> (sent via Carter, Sean <SCarter1@cozen.com>)
**To:** Jack Quinn <jquinn@quinngillespie.com>; WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>
**Cc:** Bob Crowe <bob.crowe@nelsonmullins.com>; Lynn Faught <lfaught@qga.com>

As I know Bob has to cut out at 11, I would suggest we start at 10:20. Jack, we can catch you up on any piece you miss on the back end, if that is OK. -----Original Message----- From: Jack Quinn [mailto:jquinn@quinngillespie.com] Sent: Friday, March 28, 2014 2:56 PM To: Carter, Sean; WTC[jkreindler@kreindler.com] Cc: Bob Crowe; Lynn Faught Subject: Re: Time? 1015? I prob cannot get over there that quickly -- will be cutting out of a 930-1030 mtg Jack Quinn _____ QGA Public Affairs 1133 Connecticut Avenue NW 5th Floor Washington DC 20036 (P) 202-429-6871 (F) 202-457-1130 jquinn@qga.com http://www.qga.com On 3/28/14 2:49 PM, "Carter, Sean" wrote: >Call in number is 866 225 7998. Passcode is 215 665 2105. I'll be >with Richard Klingler at Sidley's offices in DC. Anyone who will be in >DC is welcome to join us in person if preferred. As I discussed with >Jim, I pulled together notes and talking points from a number of our >calls and meetings with contacts at State and the WH concerning the >state to state resolution (from September 2012 until the present). I >plan to send those around later. For everyone's convenience, I also >will include the White Paper presented to State and the draft responses >to the questions State raised at your meeting in December. Looking >forward to speaking again on Monday. Sean > >-----Original Message----- >From: Jim Kreindler [mailto:JKreindler@kreindler.com] >Sent: Friday, March 28, 2014 2:38 PM >To: Carter, Sean >Cc: Bob Crowe; Jack Quinn >Subject: Re: RE: Re: > >Thanks Sean > >Sent from my iPhone > >> On Mar 28, 2014, at 2:36 PM, "Carter, Sean" wrote: >> >> Let's shoot for 10:15-20. I'll send a call-in number in advance. >> >> -----Original Message----- >> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >> Sent: Friday, March 28, 2014 2:24 PM >> To: Carter, Sean >> Subject: Fwd: Re: >> >> >> Sent from my iPhone >> >> Begin forwarded message: >> >> From: Jack Quinn >>> >> Date: March 28, 2014 at 2:23:28 PM EDT >> To: Bob Crowe >>>, >>'Jim Kreindler' >>> >> Cc: Lynn Faught >, Lana Proia >>> >> Subject: Re: >> 1030 or even 1015 would be better.... >> >> >> >> Jack Quinn >> _____ >> QGA Public Affairs >> 1133 Connecticut Avenue NW >> 5th Floor >> Washington DC 20036 >> >> (P) 202-429-6871 >> (F) 202-457-1130 >> jquinn@qga.com >> http://www.qga.com >> >> >> >> >> >> >> On 3/28/14 2:17 PM, "Bob Crowe" >>> wrote: >> >> yes >> >> Robert B. Crowe | Nelson Mullins >> One Post Office Square, 30th Fl., Boston, MA 02109 >> 101 Constitution Avenue NW, Washington, DC 20001 >>bob.crowe@nelsonmullins.com >> T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 >> >> >> -----Original Message----- >> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >> Sent: Friday, March 28, 2014 2:15 PM >> To: Jack Quinn >> Cc: Bob Crowe; Lynn Faught; Lana Proia >> Subject: Re: >> Sean has a problem at 4:00. Does 10:00 work? >> >> Sent from my iPhone >> >> On Mar 28, 2014, at 2:10 PM, "Jack Quinn" >>> >> wrote: >> >> I can do that, tooŠ >> >> >> >> Jack Quinn >> _____ >> QGA Public Affairs >> 1133 Connecticut Avenue NW >> 5th Floor >> Washington DC 20036 >> >> (P) 202-429-6871 >> (F) 202-457-1130 >> jquinn@qga.com >> http://www.qga.com >> >> >> >> >> >> >> >> >> On 3/28/14 2:08 PM, "Bob Crowe" >>> wrote: >> >> Good with me >> >> Robert B. Crowe | Nelson Mullins >> One Post Office Square, 30th Fl., Boston, MA 02109 >> 101 Constitution Avenue NW, Washington, DC 20001 >>bob.crowe@nelsonmullins.com >> T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 >> >> >> -----Original Message----- >> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >> Sent: Friday, March 28, 2014 2:07 PM >> To: Bob Crowe >> Cc: Jack Quinn; Lynn Faught; Lana Proia >> Subject: Re: RE: Fwd: >> >> Should we make it 4:00? Sean will be in DC at Richard s office. >> >> Sent from my iPhone >> >> On Mar 28, 2014, at 1:58 PM, "Bob Crowe" >> > >> wrote: >> >> I have a conference call at 11 and a fundraiser for our AG at noon >>and then a meeting from 2-3. So 10-11 or after 3 best for me. >> >> Robert B. Crowe | Nelson Mullins >> One Post Office Square, 30th Fl., Boston, MA 02109 >> 101 Constitution Avenue NW, Washington, DC 20001 >>bob.crowe@nelsonmullins.com >> T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 >> >> >> -----Original Message----- >> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >> Sent: Friday, March 28, 2014 1:21 PM >> To: Jack Quinn >> Cc: Bob Crowe; Lynn Faught >> Subject: Re: Fwd: >> >> Fine for me >> >> Sent from my iPhone >> >> On Mar 28, 2014, at 1:19 PM, "Jack Quinn" >> > >> wrote: >> >> 1030 till 1 is best... >> >> Sent from my iPhone >> >> On Mar 28, 2014, at 12:43 PM, "Jim Kreindler" >> > wrote: >> >> Could you do mon call? >> >> Sent from my iPhone >> >> Begin forwarded message: >> >> From: "Carter, Sean" >>>om> >>> >> Date: March 28, 2014 at 12:22:16 PM EDT >> To: >>"WTC[jkreindler@kreindler.com]jkr >>eindler@kreindler.com>]" >> >>>ind >>ler@kreindler.com>> >> >> Jim - Call me when you get a chance. Richard and I would like to set >>up a call with you, Crowe and Quinn for Monday to walk through some >>issues for Tuesday. Can you check on availability? I'm planning to >>send a series of talking points memos pertaining to discussions with >>folks at State and the WH since 2012, to give everyone a sense of the >>messages that have been delivered, concerns that have been raised, and >>policymakers who have been involved in the discussions to this point. >>Thanks _____ >> Notice: To comply with certain U.S. Treasury regulations, we inform >>you that, unless expressly stated otherwise, any U.S. >> federal tax advice contained in this e-mail, including attachments, >>is not intended or written to be used, and cannot be used, by any >>person for the purpose of avoiding any penalties that may be imposed >>by the Internal Revenue Service. >> _____ >> Notice: This communication, including attachments, may contain >>information

that is confidential and protected by the attorney/client >>or other privileges. It constitutes non-public information intended to >>be conveyed only to the designated recipient(s). If the reader or >>recipient of this communication is not the intended recipient, an >>employee or agent of the intended recipient who is responsible for >>delivering it to the intended recipient, or you believe that you have >>received this communication in error, please notify the sender >>immediately by return e-mail and promptly delete this e-mail, >>including attachments without reading or saving them in any manner. >> The unauthorized use, dissemination, distribution, or reproduction of >>this e-mail, including attachments, is prohibited and may be unlawful. >> Receipt by anyone other than the intended recipient(s) is not a >>waiver of any attorney/client or other privilege. >> Confidentiality Notice >> >> This message is intended exclusively for the individual or entity to >>which it is addressed. This communication may contain information that >>is proprietary, privileged, confidential or otherwise legally exempt >>from disclosure. >> >> If you are not the named addressee, you are not authorized to read, >>print, retain, copy or disseminate this message or any part of it. >> If you have received this message in error, please notify the sender >>immediately either by phone (800-237-2000) or reply to this e-mail and >>delete all copies of this message. >> >> To ensure compliance with the requirements imposed by the IRS, we >>inform you that any U.S. federal tax advice contained in this >>communication (including the attachments) is not intended or written >>to be used, for the purpose of (a) avoiding penalties under the >>Internal Revenue Code or (b) promoting, marketing or recommending to >>another party any transaction or tax-related matter[s]. To provide you >>with a communication that could be used to avoid penalties under the >>Internal Revenue Code will necessarily entail additional >>investigations, analysis and conclusions on our part. >> >> Confidentiality Notice >> >> This message is intended exclusively for the individual or entity to >>which it is addressed. This communication may contain information that >>is proprietary, privileged, confidential or otherwise legally exempt >>from disclosure. >> >> If you are not the named addressee, you are not authorized to read, >>print, retain, copy or disseminate this message or any part of it. If >>you have received this message in error, please notify the sender >>immediately either by phone (800-237-2000) or reply to this e-mail and >>delete all copies of this message. >> >> To ensure compliance with the requirements imposed by the IRS, we >>inform you that any U.S. federal tax advice contained in this >>communication (including the attachments) is not intended or written >>to be used, for the purpose of (a) avoiding penalties under the >>Internal Revenue Code or >> (b) promoting, marketing or recommending to another party any >>transaction or tax-related matter[s]. To provide you with a >>communication that could be used to avoid penalties under the Internal >>Revenue Code will necessarily entail additional investigations, >>analysis and conclusions on our part. >>