# PEX 28

# FW: Reply brief, Kingdom of Saudi Arabia, et al. v. Federal Ins. Co., et al., No. 13-1146

Tue, Jun 10, 2014 at 3:36 PM EDT (GMT-04:00)

**From:** Jim Kreindler <JKreindler@kreindler.com> (sent via Jim Kreindler <JKreindler@kreindler.com>)
**To:** 'Bob Crowe' <Bob.Crowe@nelsonmullins.com>; Jack Quinn <jquinn@quinngillespie.com>

---

**From:** Carter, Sean [mailto:SCarter1@cozen.com]
**Sent:** Tuesday, June 10, 2014 2:43 PM
**To:** Jim Kreindler
**Subject:** FW: Reply brief, Kingdom of Saudi Arabia, et al. v. Federal Ins. Co., et al., No. 13-1146

Jim – FYI.  Just called you to discuss.  Give me a call when you have a moment.  Thanks, Sean

---

**From:** Burke, David M. [mailto:dburke@khhte.com]
**Sent:** Tuesday, June 10, 2014 11:49 AM
**To:** 'Chris Vasil'
**Cc:** WTC[mkellogg@khhte.com]; Rapawy, Gregory G.; Crimmins, Brendan J.; Rinner, William J.; WTC[lrobbins@robbinsrussell.com]; WTC[renglert@robbinsrussell.com]; Williams, Marilyn R.; Moore, Jacqueline C.; Cozen, Stephen; Feldman, Elliott R.; Carter, Sean; 'cphillips@sidley.com'; 'rklingler@sidley.com'; WTC[jflowers@motleyrice.com]; 'rhaefele@motleyrice.com'; WTC[abierstein@hanlyconroy.com]; WTC[rkaplan@ferberchan.com]; WTC[jgoldman@andersonkill.com]; Leonardo, Christopher T.; 'Jeff Atkins'
**Subject:** Reply brief, Kingdom of Saudi Arabia, et al. v. Federal Ins. Co., et al., No. 13-1146

Mr. Vasil,

Attached is the Reply Brief for Petitioners (and related documents) filed at the Court today in *Kingdom of Saudi Arabia, et al. v. Federal Insurance Co., et al.*, No. 13-1146.

Paper copies are being served on counsel for respondents via first-class mail, and an electronic copy is being served via this email.

Regards,
David Burke

---

**Notice:** To comply with certain U.S. Treasury regulations, we inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Service.

**Notice:** This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**Attachments**

- Cert of service (cert reply).pdf
- Cert of word count (cert reply).pdf
- Clerk letter (cert reply).pdf
- Reply brief, Kingdom of Saudi Arabia v. Federal Ins. Co., No. 13-1146.pdf

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    QUINN_001280