# PEX 30

# Talking Pts for Bob to Use with Sec'y

Tue, Sep 2, 2014 at 5:52 PM EDT (GMT-04:00)

**From: Jack Quinn <jquinn@quinngillespie.com>** (sent via Jack Quinn <jquinn@quinngillespie.com>)
To: Jim Kreindler <JKreindler@kreindler.com>; Bob Crowe <bob.crowe@nelsonmullins.com>; Sean Carter <SCarter1@cozen.com>

Herewith my stab at the talking points. It was impossible to meld the two docs into a single page. But, obviously feel free to redo as you all think appropriate. Best, Jack Jack Quinn _____ QGA Public Affairs 1133 Connecticut Avenue NW 5th Floor Washington DC 20036 (P) 202-429-6871 (F) 202-457-1130 jquinn@qga.com http://www.qga.com On 9/2/14, 4:31 PM, "Jim Kreindler" wrote: > > >Sent from my iPhone > >Begin forwarded message: > >From: Genie Masterson >> >Date: September 2, 2014 at 4:30:22 PM EDT >To: Jim Kreindler >> >Subject: FW: Document1 > > > >From: Jim Kreindler >Sent: Tuesday, September 02, 2014 4:23 PM >To: Genie Masterson >Subject: Re: Document1 > >Can you just swith " amount " with " demand". Thx > >Sent from my iPhone > >On Sep 2, 2014, at 4:20 PM, "Genie Masterson" >> wrote: >Here¹s your letter in a word document with your changes. > >I¹m also sending it to you on this email. > >Dear John, > > The upcoming meeting next week in Saudi Arabia is an >opportunity that cannot be missed. > > Over the next several months several things will happen that >will back Saudi Arabia into a corner. JASTA will soon be passed by the >Judiciary Committee. Following that JASTA should be enacted into law by >the end of the year. Under JASTA Saudi Arabia does not have immunity and >will face a trial in the 9-11 case  a trial demanded by thousands of >9-11 victims. In the next several months the sealed 28 pages will >probably be released. Finally court proceedings will soon contain new >detailed allegations demonstrating Saudi involvement in 9-11. If the >opportunity for settlement is lost not only will the family demand vast >multiples of the current settlement demand but they will insist on a >trial. > > Saudi Arabia and the US have a common interest in immediately >cooperating in the fight against ISIS and fundamentalist terrorists. >ISIS threatens both of our nations. > > > We cannot stand by and permit ISIS to attack US victims as >was done in 9-11. Nor can we stand by while ISIS murders thousands of >innocents in Syria and Iraq, or even in other Mideast countries. We must >work together. > > The Kingdom of Saudi Arabia regrets the misuse of charities >to fund Al Qaeda in the past. The Kingdom is determined to see that >stopped. To that end both countries are committed to the 9-11 victims >quest for justice and accountability. > > On this the 13th anniversary of 9-11 we are pleased to >jointly announce our common commitment to combat ISIS and terrorism. > > Kerry to tell the King "I have directed my people in >Washington to put together a draft agreement in which the 9-11 victims >will receive compensation and the litigation will be terminated. I >should soon be able to send that draft to you." > > If 9-11 is not addressed at the upcoming meeting the >opportunity will be lost and both countries will be harmed  Saudi Arabia >will face publicity and a trial it does not want and it will be much >harder for both countries to work together. > >

## Attachments

- KSA Talking Pts Draft.docx

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    QUINN_001542

I suggest that your upcoming meeting next week in Saudi Arabia presents an *opportunity that should not be missed* – namely, a chance to use the upcoming 9-11 anniversary to (1) state unequivocally that together our nations will do what is necessary to meet the challenge presented by ISIS and to defeat its efforts to destabilize the Middle East (2) spare the Kingdom the public focus on Saudi involvement in 9-11 that is bound to follow U.S. Senate action on JASTA and developments in the 9-11 litigation in U.S. courts and (3) put both governments in a very *positive* U.S. light with a powerful joint commitment to the battle against terrorism and the cause of justice for the victims of terror.

The American people are watching ISIS metastasize and they are to see that we can forge a coalition capable of defeating this existential threat. KSA understandably wants to be in the forefront of this effort. Its stand against ISIS, however, would be more roundly and robustly welcomed here in the U.S. were the shadow of the 9-11 claims against it not looming.

JASTA will soon be passed by the Senate Judiciary Committee and likely be enacted into law by the end of the year.  If so, KSA will not have immunity and will face a trial in the 9-11 case.  Those proceedings will likely unveil new details demonstrating Saudi involvement in 9-11.  And, in the next several months the 28 pages redacted from the 9-11 Commission Report will likely be made public.  All of this will dampen the possibility of settlement of the 9-11 cases and heighten the likelihood of a public trial – in turn making our anti-terror cooperation more, not less, awkward.

Still, of course, KSA and the U.S. have an urgent interest in cooperating in the fight against ISIS. Instead of allowing the 9-11 cases to become an obstacle to our cooperation, we should take the occasion of the upcoming 9-11 anniversary to put it behind us in the context of a restatement of our common security interests, including against terrorists of any stripe, and our joint determination to demand accountability of those who facilitated terrorism and justice for their victims.

I am sure you can very safely assure the King that you can soon provide a draft agreement to compensate the 9-11 victims and terminate their litigation.  Inasmuch as KSA has already acknowledged certain Saudi involvement, that agreement would negate any hint of KSA state responsibility for 9-1 while underscoring its commitment to the victims of terror. Only a state-to-state solution like this would ensure legal finality for the KSA.