PEX 31

# House Committee on Financial Services: Terrorist Financing and the Islamic State

Thu, Nov 13, 2014 at 5:49 PM EST (GMT-05:00)

**From:** Caroline Stewart <cstewart@quinngillespie.com> (sent via Caroline Stewart <cstewart@quinngillespie.com>)
**To:** Jim Kreindler <JKreindler@kreindler.com>; Bob Crowe <Bob.Crowe@nelsonmullins.com>; Lana Proia <Lana.Proia@nelsonmullins.com>; Chris Cushing <Chris.Cushing@nelsonmullins.com>; Sean Carter <SCarter1@cozen.com>; Steven Duffield <sduffield@endgamestrategies.com>
**Cc:** Jack Quinn <jquinn@quinngillespie.com>; Michael DiRoma <mdiroma@quinngillespie.com>

Attached and below is a memo prepared by QGA's Andrew Gormally on today's House Financial Services Committee hearing entitled "Terrorist Financing and the Islamic State" Witness testimony can be found here.

Today the House Committee on Financial Services held a hearing entitled, "Terrorist Financing and the Islamic State."

Panel I Witness

- The Honorable David S. Cohen, Under Secretary for Terrorism and Financial Intelligence, U.S. Department of the Treasury

Panel II Witnesses

- The Honorable Jimmy Gurule, Law Professor, Notre Dame Law School
- Dr. Matthew Levitt, Director of the Stein Program on Counterterrorism and Intelligence, The Washington Institute for Near East Policy
- Dr. Patrick B. Johnston, Political Scientist, Rand Corporation

Opening Statements

Chairman Hensarling (R-TX) began the hearing by stating that it is meant to discuss how organizations like the Islamic State obtain and deploy financial resources to commit acts of terror and further their strategic objectives. Chairman Hensarling noted that ISIL reportedly raises between $1-$2 million per day. Unlike Al Qaeda and other terror groups with which we are familiar and rely mainly on private donations and state sponsorship to fund their activities, ISIL is almost entirely internally financed and apparently is sitting on assets of almost $2 billion. Chairman Hensarling concluded that the tools we have used in the past may not be suitable for the future.

Ranking Member Waters (D-CA) opened her remarks by addressing ISILs complete disregard for order and human life. ISILs brutal campaigns have terrorized the world. Ranking Member Waters hopes to gain bipartisan support to strengthen enforcement and deterrence.

Rep. Garrett (R-NJ) added that ISIL should not be taken lightly. Rep. Garrett stated that the President's assessment of ISIL as a "JV team" is inaccurate and underestimates the threat they pose. Rep. Garrett concluded stating the importance of eliminating ISIL before they become a threat to our homeland.

Rep. Sherman (D-CA) stated that Qatar is a major source of funds for ISIL. Many of ISIL's enemies are also evil, and could be potentially worse. Rep. Sherman stated that the government should not continue to supply electricity to ISIL controlled areas. Rep. Sherman added that in World War II we did not provide electricity or food to Nazi controlled France, and asked why we should provide it to Iraq and Syria. Rep. Sherman concluded that the US should begin bombing more strategic targets in ISIL occupied areas.

Rep. Lynch (D-MA) added that it is necessary for the Treasury Department to block terror organizations from using legitimate financial systems. Rep. Lynch stated that ISIL makes between $1-2 million a day with shipments between Turkey and Syria.

Rep. Ross (R-FL) stated that it only took Al Qaida $500,000 to plan and follow through with the attacks on 9/11, and that ISIL has more than enough funding to carry out future attacks. Rep Ross concluded stating that the Treasury Department needs to use every tool to prevent terrorist groups from getting funding.

Rep. Beatty (D-OH) added that if we choke off the financial resources of ISIL, it will be the kill switch of the entire organization.

Rep. Pittenger (R-NC) stated that ISIL has recruited nearly 40-80,000 fighters from all over the world. Rep. Pittenger added that the Treasury Department should intercept the revenue funds gained through the sale of illicit oil. Rep. Pittenger concluded that data mining software should be used to intercept funds going through legitimate financial systems.

Panel I Testimony

Mr. Cohen stated that the Treasury Department intends to undermine ISIL's financial strength, as part of the Administration's comprehensive strategy to disrupt, degrade, and ultimately defeat ISIL. Mr. Cohen stated that the battle against ISIL will be a sustained fight, and that we are in the early stages. Mr. Cohen assured that so long as ISIL terrorizes the people of Iraq and Syria, imperils the broader Middle East, and threatens U.S interests overseas and at home, the Treasury Department will remain committed to degrading its financial strength. Mr. Cohen stated that the Treasury Department's strategy involves three mutually supportive elements. First, work to disrupt and cut off ISIL's access to revenue. Second, aim to restrict ISIL's access to the international financial system. Finally, continue to impose sanctions on ISIL's senior leadership and financial facilitators to disrupt their ability to operate.

Panel I Questions

- Rep. Hensarling: Executive order 13224 can block the assets of individuals and entities that provide support, services, or assistance to terrorists and terrorist organizations. Why has the Treasury Department only designated four?
  - Mr. Cohen: Work needs to be done to gain more insight, and the Treasury Department is eager to identify those who have footholds in the financial system.
- Rep. Hensarling: Does the Treasury Department require any other legal authority that will expedite the process?
  - Mr. Cohen: Executive Order 13224 is sufficient.
- Rep. Hensarling: Describe the intel sharing between the Justice and Treasury Department.
  - Mr. Cohen: Both departments are closely linked on information and policy sharing.
- Rep. Waters: Many were shocked to discover how little we knew about ISIL. Have you been engaged with the CIA and other intelligence organizations to catch up?
  - Mr. Cohen: We were aware of the oil transactions for some time. We have good intelligence information, but we could use better.
- Rep. Garrett: Do you believe the Administration has taken the threat of ISIL lightly?
  - Mr. Cohen: The President has been focused on the threat.
- Rep. Garrett: Why is the task to degrade, and simply not to just eliminate ISIL?
  - Mr. Cohen: It is an ongoing process where the main objective is to eliminate ISIL.
- Rep. Garrett: Do you consult with the DOD, and having the financial cells being pulled out affected the intelligence.
  - Mr. Cohen: The financial cells were pulled out when most of the ground troops were pulled. The Iraq cell being dismantled has not affected the intelligence.
- Rep. Maloney (D-NY): Do you plan on cutting the revenue gained through shell companies?
  - Mr. Cohen: We have proposed a final rule in August; we are in the process of reviewing over 150 comments. We are committed to more transparency.
- Rep. Maloney: ISIL continues to make money through extortion, what are the plans to block their ability to take out the controlled geographical territory.
  - Mr. Cohen: The Treasury Department's strategy is to deprive their access to the financial system.
- Rep. Neugebauer (R-TX): How long will it take to see ISIL finances begin to diminish?
  - Mr. Cohen: We have begun to see some progress from the illicit oil sales. Their revenue has decreased from $1-2 million a day to a few million a week.
- Rep. Neugebauer: Are we sure there was no quid pro quo between Turkey and ISIL during the release of hostages?

- - o Mr. Cohen: It is U.S. policy not to negotiate with terrorists, and we pressure our allies to follow the same procedure.
- Rep. Sherman: Is there technology in place to detect whether or not it is illicit oil?
  - o Mr. Cohen: Different oil has different properties, but I believe there is the technology to determine its origins.
- Rep. Sherman: If a civilian is using a legitimate financial system in ISIL controlled areas will they be sanctioned?
  - o Mr. Cohen: If they are not affiliated with ISIL there will be no sanctions.
- Rep. Meeks (D-NY): Is the Treasury Department investigating into hawala brokers?
  - o Mr. Cohen: They do fall under legitimate financial institutions, so we are investigating them.
- Rep. Fitzpatrick (R-PA): How many hawala brokers are there supporting ISIL?
  - o Mr. Cohen: We are trying to cut down the source of the money in the surrounding Gulf areas.
- Rep. Posey (R-FL): Is ISIL involved in narcotics trafficking?
  - o Mr. Cohen: At this point I am not aware of any narcotics trafficking, but with the King Pin Act the Treasury Department is taking aggressive action towards other narcotic transporters.
- Rep. Perlmutter (D-CO): Can you tell what the drop in oil prices is doing to ISIL?
  - o Mr. Cohen: ISIL steals the oil so it is not regulated by an open market.

Panel II Testimony

    Mr. Gurule began the second panel by stating that ISIL is a violent and ruthless terrorist organization that poses an imminent threat to international peace and security, as well as U.S. national security interests. The terror group is unlike any other and is flush with funds to finance its goal of establishing a caliphate state in the Middle East. Mr. Gurule believes the Treasury Department needs to recalibrate its efforts under the Executive Order 13224. Mr. Gurule added that the Treasury Department should work more closely with the DOJ in sharing financial intelligence information to increase the number of successful terrorist financing prosecutions under the material support statues. Mr. Gurule concluded that Congress should amend the civil provisions of the ATA to provide the victims of international terrorism with an effective remedy to hold banks accountable that knowingly transfer funds to international terrorists.

    Dr. Levitt opened his testimony with his suggestions on how to combat ISIS financing. First, continue airstrikes targeting financial hubs, including oil refineries large and small as well as smuggling routes known to be used to move oil and other contraband. Leverage financial and other intelligence to target criminal middlemen moving ISIL oil to market, as well as those who transport, refine or otherwise facilitate this process. Help countries like Qatar and Kuwait build up their CFT capacity, and actually implement AML/CFT laws they have passed. Work to isolate ISIL from the international financial system. Continue to press for an international consensus against the payment of ransoms to terrorist groups. Prioritize pushing ISIL back from areas it controls to deny the group any ability to profit from extortion, taxation, looting artifacts and natural resources, and other criminal activities in those areas. Press the Iraqi government to put in place real political reforms and create a credible law enforcement body. Dr. Levitt wishes to expand efforts to counter ISIL finance beyond Iraq into Syria.

    Dr. Johnston stated that the success or failure of disrupting ISIL funding lies less in sanctioning foreign entities with whom ISIL or its intermediaries do business and more in developing the capacity of Iraqi and other local and regional partners to target ISIL financial facilitators and the group's local revenue sources. Dr. Johnston stated it is essential that we cut of ISIL's access to oil and extortion revenue. Additionally, the U.S. should restrict ISIL's access to the international financial system. The U.S. should target sanctions against ISIL's leadership and facilitators. Dr. Johnston concluded that we should continue supporting the deployment of U.S advisers to Iraq to increase the capacity of Iraqi Security Forces and advise them in military operations.

Panel II Questions

- Rep. Rothfus (R-PA): Historically speaking, compare and contrast ISIL and Al-Qaeda.
  - o Mr. Gurule: Al-Qaeda raised money through global terrorist charities, whereas ISIL is independently funded.
- Rep. Lynch: How does ISIL hold its surplus?
  - o Dr. Johnston: They may hold it in cash, banks, or distributed widely in foreign countries.
- Rep. Barr (R-KY): How effective have we been in identifying middle men?
  - o Dr. Levitt: There has been major intel, but designations will be forthcoming.
- Rep. Barr: Are the airstrikes successful, and should they be increased?

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     QUINN_002045

- - Dr. Levitt: There has been a two thirds reduction in oil revenue; I believe it has been successful.
- Rep. Barr: Does the Assad Regime purchases the illicit oil from ISIL?
  - Dr. Levitt: There is no doubt in my mind that they are purchasing ISIS's oil.
- Rep. Barr: How did the release of five Al-Qaeda terrorists in exchange for an American hostage affect our message?
  - Dr. Levitt: It was not helpful and sent mixed signals that undermine the efforts to undercut ISIL's ransom revenue.
- Rep. Fitzpatrick: What do mobile refineries look like?
  - Dr. Levitt: I do not know what they look like, but they are low tech.
- Rep. Fitzpatrick: Are they manufactured in that region or imported?
  - Dr. Levitt: They are slapped together in that region, or were previously left there from earlier conflicts.

**Attachments**

- House Financial Services Terrorism Financing and the Islamic State.docx