# PEX 32

# RE: House Financial Services Committee Investigation Into Terrorism Financing

Fri, Nov 14, 2014 at 9:50 AM EST (GMT-05:00)

**From:** Carter, Sean <SCarter1@cozen.com> (sent via Carter, Sean <SCarter1@cozen.com>)
**To:** Jack Quinn <jquinn@quinngillespie.com>; Bob Crowe <Bob.Crowe@nelsonmullins.com>
**Cc:** Jim Kreindler <JKreindler@kreindler.com>; Lynn Faught <lfaught@qga.com>

Good for me. Just as a heads up, State leg affairs has spoken to a few people in the past and expressed opposition to the bill, so we need to make sure that those prior communications are addressed somehow and put to bed. -----Original Message----- From: Jack Quinn [mailto:jquinn@quinngillespie.com] Sent: Friday, November 14, 2014 9:48 AM To: Bob Crowe Cc: WTC[jkreindler@kreindler.com]; Carter, Sean; Lynn Faught Subject: Re: House Financial Services Committee Investigation Into Terrorism Financing How about 3 or so then? Sent from my iPhone > On Nov 14, 2014, at 8:59 AM, Bob Crowe wrote: > > I am in meetings until 2 > > Sent from my iPhone > >> On Nov 14, 2014, at 8:57 AM, Jim Kreindler wrote: >> >> Flight leaves in 7 1/2 hrs so I'm available. Obviously we need to let >> chuck know about David's statement to bob and about favorable >> situation in house since yesterday's hearing >> >> Sent from my iPhone >> >>> On Nov 14, 2014, at 3:37 PM, Carter, Sean wrote: >>> >>> I'm available this morning until about 11:30 and then again from around 1 on. >>> >>> -----Original Message----- >>> From: Jack Quinn [mailto:jquinn@quinngillespie.com] >>> Sent: Friday, November 14, 2014 12:54 AM >>> To: Bob Crowe >>> Cc: Carter, Sean; WTC[jkreindler@kreindler.com] >>> Subject: Re: House Financial Services Committee Investigation Into >>> Terrorism Financing >>> >>> Thanks, Bob, that's terrific. We have to discuss best way to let that be known....and how to find out who put the hold on and why....this is perplexing. >>> >>> Sent from my iPad >>> >>>> On Nov 13, 2014, at 7:55 PM, Bob Crowe wrote: >>>> >>>> I had a great talk with Wade. He claims they did not put the hold on JASTA. As a matter of fact he thinks JASTA will help settle this. >>>> >>>> Robert B. Crowe | Nelson Mullins >>>> One Post Office Square, 30th Fl., Boston, MA 02109 >>>> 101 Constitution Avenue NW, Washington, DC 20001 >>>> bob.crowe@nelsonmullins.com >>>> T: 617-573-4730; (DC) 202-545-2908 | F: 617-573-4747 >>>> >>>> >>>> -----Original Message----- >>>> From: Carter, Sean [mailto:SCarter1@cozen.com] >>>> Sent: Thursday, November 13, 2014 9:22 AM >>>> To: Jack Quinn >>>> Cc: WTC[jkreindler@kreindler.com]; Bob Crowe >>>> Subject: RE: House Financial Services Committee Investigation Into >>>> Terrorism Financing >>>> >>>> The Committee has posted the written testimony. I've only skimmed it but there appears to be quite a bit that is helpful to us. Levitt talks extensively about contributions from private donors. Although he indicates such donations represent a small part of ISIS's present revenue stream, he confirms money is still flowing to ISIS from donors (mentioning KSA specifically), that ISIS was very reliant on donations in its formative years, and that contributions from sympathetic donors are a major source of income for Sunni jihad organizations in general. Cohen, like Levitt, says that ISIS is less reliant at present on donations, but notes that core al Qaeda is still funded primarily through donations. Gurule speaks at length in his testimony about the impediments to civil accountability presented by the cases holding that there is no aiding and abetting liability under the ATA, and specifically urges Congress to fix the problem (turns out we didn't even have to ask him). Gurule received the text of JASTA and the one pager last night, so I think it likely he will mention JASTA specifically. >>>> >>>> -----Original Message----- >>>> From: Jack Quinn [mailto:jquinn@quinngillespie.com] >>>> Sent: Wednesday, November 12, 2014 2:06 PM >>>> To: Carter, Sean >>>> Cc: WTC[jkreindler@kreindler.com]; Bob Crowe >>>> Subject: Re: House Financial Services Committee Investigation Into >>>> Terrorism Financing >>>> >>>> Nothing further from me. Nice job....Thx much >>>> >>>> Sent from my iPad >>>> >>>>> On Nov 12, 2014, at 1:45 PM, Carter, Sean wrote: >>>>> >>>>> Attached are the draft questions we plan to send to Joe Clark. Given the timing of the hearing, we'd like to get these off within the next 20 minutes or so. Jim, if you have a moment to send Joe an email introducing me as your co-counsel and letting him know I will be sending something along, that would be appreciated. That said, I know you are in Israel and told me to just go ahead and fire away, so I'll plan to send at 2 regardless. The family letter is in the works as well. Thanks >>>>> >>>>> -----Original Message----- >>>>> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >>>>> Sent: Wednesday, November 12, 2014 11:13 AM >>>>> To: Carter, Sean >>>>> Cc: Jack Quinn; Bob Crowe >>>>> Subject: Re: House Financial Services Committee Investigation Into >>>>> Terrorism Financing >>>>> >>>>> Yes. He will >>>>> >>>>> Sent from my iPhone >>>>> >>>>>> On Nov 12, 2014, at 6:11 PM, Carter, Sean wrote: >>>>>> >>>>>> OK. Can you have him send them to me so we can integrate together? Steven has written these many times so he can help with form as well. >>>>>> >>>>>> -----Original Message----- >>>>>> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >>>>>> Sent: Wednesday, November 12, 2014 11:05 AM >>>>>> To: Carter, Sean >>>>>> Cc: Jack Quinn; Bob Crowe >>>>>> Subject: Re: House Financial Services Committee Investigation >>>>>> Into Terrorism Financing >>>>>> >>>>>> John is working on draft questions >>>>>> >>>>>> Sent from my iPhone >>>>>> >>>>>>> On Nov 12, 2014, at 6:02 PM, Carter, Sean wrote: >>>>>>> >>>>>>> Steven and I are working on letter and questions. >>>>>>> >>>>>>> -----Original Message----- >>>>>>> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >>>>>>> Sent: Wednesday, November 12, 2014 10:52 AM >>>>>>> To: Carter, Sean >>>>>>> Cc: Jack Quinn; Bob Crowe >>>>>>> Subject: Re: House Financial Services Committee Investigation >>>>>>> Into Terrorism Financing >>>>>>> >>>>>>> Spent 45 mins on phone with joe Clark and 3 other staffers. Explained why passing Jasta could help end terror financing and prevent another 9/11. He wants me to give him

questions to ask treasury tomorrow. I need questions adapt. >>>>>>>> >>>>>>>> Sent from my iPhone >>>>>>>> >>>>>>>> On Nov 12, 2014, at 4:14 PM, Carter, Sean wrote: >>>>>>>> >>>>>>>> Not sure if we want to try to use the witnesses as our vehicle for promoting JASTA at this hearing, but here are a few thoughts on them: >>>>>>>> >>>>>>>> Gurule has a relationship with Motley Rice and filed an affidavit for us in relation to the NCB motion to dismiss. We can probably reach him through Motley Rice if we want. >>>>>>>> >>>>>>>> Levitt has at various times worked for me and Motley Rice. He was at one time very aggressive on Saudis, but has been reluctant to go after them in the last few years (I think because he came to view their cooperation as vital (ironically) due to the degree that the problem was centered in KSA). Levitt has, however, written several recent articles re: Qatari (government and private) funding of ISIS, so the issue of how to stop funding from donors sympathetic to terrorist organizations' causes is almost certain to be squarely presented by his testimony. JASTA obviously addresses the problem across the board, will the goal of deterring funding prospectively (it's not a Saudi-9/11 bill, even if that is where it started). >>>>>>>> >>>>>>>> Cohen is obviously very smart and has been willing to call out >>>>>>>> the Saudis in the past, but as a witness for Treasury I'm sure >>>>>>>> he would be measured on the issue in the present environment >>>>>>>> >>>>>>>> I don't know Johnston. >>>>>>>> >>>>>>>> Regardless of position on Saudis in particular, I am sure the hearing will deal with the issue of funding from governments and private donors, and JASTA is a thoroughly vetted bill that addresses the problem. We may be able to get Gurule to sneak in a comment about the fact that "many foreign states lack the political will to take the measures necessary to stop the flow of funding from citizens in their own countries, and donors in those countries are, in almost all cases, beyond our prosecutorial reach because their governments will not turn them over. For those reasons, private enforcement actions in US courts by victims should be regarded as a key component of our strategy to deter terrorism financing from abroad. Unfortunately, the measures presently available have proven largely ineffective, and Congress should move quickly to strengthen them. To that end, JASTA, a bill that has already been approved twice by the Senate Judiciary Committee, is legislation Congress should pass now." >>>>>>>> >>>>>>>> >>>>>>>> >>>>>>>> -----Original Message----- >>>>>>>> From: Jim Kreindler [mailto:JKreindler@kreindler.com] >>>>>>>> Sent: Wednesday, November 12, 2014 8:57 AM >>>>>>>> To: Carter, Sean; Jack Quinn; Bob Crowe >>>>>>>> Subject: Fwd: House Financial Services Committee Investigation >>>>>>>> Into Terrorism Financing >>>>>>>> >>>>>>>> >>>>>>>> >>>>>>>> Sent from my iPhone >>>>>>>> >>>>>>>> Begin forwarded message: >>>>>>>> >>>>>>>> From: John Fawcett >>>>>>>> > >>>>>>>> Date: November 12, 2014 at 3:21:08 PM GMT+2 >>>>>>>> To: "Andrew J. Maloney" >>>>>>>> >, Jim >>>>>>>> Kreindler >>>>>>>> > >>>>>>>> Subject: RE: House Financial Services Committee Investigation >>>>>>>> Into Terrorism Financing >>>>>>>> >>>>>>>> This is the list of witnesses. >>>>>>>> >>>>>>>> The Honorable David S. Cohen, Under Secretary for Terrorism and >>>>>>>> Financial Intelligence, U.S. Department of the Treasury >>>>>>>> >>>>>>>> The Honorable Jimmy Gurulé, Law Professor, Notre Dame Law School - Gurule was Treasury's terror financing guy for a couple of years after 9/11. He was pretty aggressive on the Golden Chain and Saudi front. Motley Rice got him to do an affirmation on the dangers of correspondent banking in our Opp to NCB Renewed Motion to Dismiss. >>>>>>>> >>>>>>>> Mr. Matthew Levitt, Director of the Stein Program on >>>>>>>> Counterterrorism and Intelligence, The Washington Institute for >>>>>>>> Near East Policy. He is strong on the Hamas front. I think he >>>>>>>> also did some work for Motley >>>>>>>> >>>>>>>> Dr. Patrick B. Johnston, Political Scientist, RAND Corporation >>>>>>>> >>>>>>>> >>>>>>>> The hearing is mostly focused on ISIS and will try to bash the administration for not being more aggressive. ISIS is of course not our issue but this looks like a good opportunity to pressure the Saudis, promote JASTA, and give some examples of how the USG could support US victims (Plaintiffs) in their lawsuits against terrorists. >>>>>>>> >>>>>>>> From: Andrew J. Maloney >>>>>>>> Sent: 11/11/2014 11:01 PM >>>>>>>> To: John Fawcett; Jim Kreindler >>>>>>>> Subject: Fwd: House Financial Services Committee Investigation >>>>>>>> Into Terrorism Financing >>>>>>>> >>>>>>>> John give me a call tomorrow at the office. Seems like a s >>>>>>>> imiliar Q that my friend is asking >>>>>>>> >>>>>>>> >>>>>>>> >>>>>>>> Sent via the Samsung Galaxy S(tm) III, an AT&T 4G LTE >>>>>>>> smartphone >>>>>>>> >>>>>>>> -------- Original message -------- >>>>>>>> From: "Justin T. Green" >>>>>>>> Date:11/11/2014 9:02 PM (GMT-05:00) >>>>>>>> To: Roger Clark >>>>>>>> Cc: "Daniel O. Rose" , Joseph Clark , joseph.clark@mail.house.gov, Jim Kreindler , "Andrew J. Maloney" >>>>>>>> Subject: Re: House Financial Services Committee Investigation >>>>>>>> Into Terrorism Financing >>>>>>>> >>>>>>>> Roger, >>>>>>>> >>>>>>>> Our partners Andrew Maloney and Jim Kreindler. Andrew is a former Assistant US Attorney and recently was involved in some important and relevant discovery. I don't think I need to vouch for Jim. He was involved in the Lockerbie terrorist case and is leading the way in the 9/11 terror litigation. >>>>>>>> >>>>>>>> Justin >>>>>>>> >>>>>>>> >>>>>>>> Sent from my iPhone >>>>>>>> >>>>>>>>> On Nov 11, 2014, at 8:11 PM, Roger Clark > wrote: >>>>>>>>> >>>>>>>>> Dan and Justin, >>>>>>>>> >>>>>>>>> I mentioned to Justin when we were in Washington that my son is counsel to the House Financial Services Committee which is investigating the financing of terrorism. I made Joe aware that your firm for some years has investigated and litigated claims related to international financing of terrorist activities. >>>>>>>>> >>>>>>>>> Joe reports that this Thursday, the House Financial Services Committee is holding a hearing on terrorism financing. He says: "The hearing will particularly examine challenges encountered by the government relating to degrading the Islamic State's access to the formal financial system. In preparation for the hearing, Committee staff have briefed Members on US and international legal tools that may be used to inhibit terrorists' access to the formal financial system, including private causes of action under US law. The Committee's Majority staff would welcome the opportunity to speak with you regarding your experience with private lawsuits relating to terrorist financing and the banking system." >>>>>>>>> >>>>>>>>> I am taking the liberty of copying Joe on this message. >>>>>>>>> >>>>>>>>> Would either of you, or whoever you think would be best positioned at your firm, be willing to discuss the subject with the Majority Staff? >>>>>>>>> >>>>>>>>> Please feel free to copy Joe on your reply. >>>>>>>>> >>>>>>>>> Thanks. >>>>>>>>> >>>>>>>>> Roger >>>>>>>> _____ >>>>>>>> Notice: This communication, including

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    QUINN_002062

attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. >>>>>>> _____ >>>>>>> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. >>>>>> _____ >>>>>> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. >>>>> _____ >>>>> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. >>>>> >>>> _____ >>>> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. >>>> Confidentiality Notice >>>> >>>> This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. >>>> >>>> If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message. >>> >>> _____ >>> Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. _____ Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER