# PEX 35

# Attachment

|  | Mon, Sep 29, 2014 at 12:52 PM EDT (GMT-04:00) |
|---|---|
| **From: Lynn Faught <lfaught@qga.com>** (sent via Lynn Faught <lfaught@qga.com>) | |
| To: Jack Quinn <jquinn@quinngillespie.com> | |

Here is the attachment, which is on QGA letterhead:


September 29, 2014


Senator Charles Schumer
313 Hart Office Building
Washington, DC 20510

Dear Senator Schumer,

I am writing on behalf of the law firm of Kreindler & Kreindler and the 9/11 Plaintiffs' Committee in connection with our representation of the wrongful death, personal injury and property damages plaintiffs in the "9-11 cases" and our ongoing interest in your important efforts to move JASTA toward enactment.

Just as the legislative effort is at a critical juncture, as evidenced by the apparent hold that was placed on the bill before the recent recess, so, too, is the litigation at a decisive moment.  Discovery is now resulting in production of documents showing Saudi defendants' complicity in 9/11, and we are convinced that additional pertinent facts will come to light that justify relief against parties both presently in and out of the cases, including some who can fairly be described as "state actors."  At the same time, we anticipate that eventually, the heretofore redacted pages from The 9/11 Joint Inquiry report will become public and that it will further justify our efforts to reach the activities of defendants who have claimed immunity from suit based upon their sovereign status.

We are keenly sensitive to the fact that these legislative and judicial developments are proceeding at a time of urgent national attention to the struggle to defeat and eradicate ISIL and that that effort is one being carried out in close coordination with other nations that have interests in the litigation.

We do not think these matters, however, are at odds. Indeed, we think that our Nation's military and diplomatic efforts provide a compelling rationale for resolution of the litigation in a fashion acceptable to all parties.

The Department of State is aware of our thinking in this regard, and we very much want to share that thinking with you and to get from you the judgment and guidance that you and you alone can provide to us.

We request that we be able to meet with you during the current recess. We would be pleased to visit you in your New York offices if that is most convenient to you.

Many thanks for your leadership on these matters and your consideration of our request.

                                          Sincerely,

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      QUINN_001811

Jack Quinn

Lynn Faught



1133 Connecticut Avenue NW
5th Floor
Washington DC 20036

(P) 202-429-6871
(F)  202-457-1130
lfaught@qga.com
http://www.qga.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                         QUINN_001812

# Request for Meeting with Senator Schumer

Mon, Sep 29, 2014 at 1:10 PM EDT (GMT-04:00)

**From: Jack Quinn <jquinn@quinngillespie.com>** (sent via Jack Quinn <jquinn@quinngillespie.com>)
To: 'mike_lynch@schumer.senate.gov' <mike_lynch@schumer.senate.gov>
Cc: 'meghan_taira@schumer.senate.gov' <meghan_taira@schumer.senate.gov>; 'emily_amick@judiciary-dem.senate.gov' <emily_amick@judiciary-dem.senate.gov>

Dear Mike,

Along with a number of prominent NY law firms, we represent a great many of the claimants in the so-called 9-11 cases who lost loved ones at the WTC.  We and our clients are profoundly grateful for Senator Schumer's heroic work on JASTA.  As the litigation moves to a very critical juncture, we believe that his efforts will be even more dramatically justified; in particular, the ongoing discovery process may well affect American public opinion as our Nation once again engages with and against state and non-state actors in the Middle East.  We are now actively discussing these matters at the highest levels of the Department of State, and we believe that the moment may well be at hand to achieve a resolution of these cases that is in the manifest interest of our government, that of Saudi Arabia and, most importantly, the surviving loved ones of the 9-11 victims.

The attached letter requests a meeting, in NYC if that is most convenient, to brief the Senator and staff on our efforts, both in court and at State.

Many thanks for your consideration and help.

Best personal regards,

Jack Quinn

*Jack Quinn*



1133 Connecticut Avenue NW
5th Floor
Washington DC 20036

(P) 202-429-6871
(F)  202-457-1130
jquinn@qga.com

## Attachments

- Request for Meeting.pdf



QGA
PUBLIC AFFAIRS

1133 Connecticut Avenue, NW
Fifth Floor
Washington, DC 20036

P 202.457.1110  F 202.457.1130

September 29, 2014

Senator Charles Schumer
313 Hart Office Building
Washington, DC 20510

Dear Senator Schumer,

I am writing on behalf of the law firm of Kreindler & Kreindler and the 9/11 Plaintiffs' Committee in connection with our representation of the wrongful death, personal injury and property damages plaintiffs in the "9-11 cases" and our ongoing interest in your important efforts to move JASTA toward enactment.

Just as the legislative effort is at a critical juncture, as evidenced by the apparent hold that was placed on the bill before the recent recess, so, too, is the litigation at a decisive moment.  Discovery is now resulting in production of documents showing Saudi defendants' complicity in 9/11, and we are convinced that additional pertinent facts will come to light that justify relief against parties both presently in and out of the cases, including some who can fairly be described as "state actors."  At the same time, we anticipate that eventually, the heretofore redacted pages from The 9/11 Joint Inquiry report will become public and that it will further justify our efforts to reach the activities of defendants who have claimed immunity from suit based upon their sovereign status.

We are keenly sensitive to the fact that these legislative and judicial developments are proceeding at a time of urgent national attention to the struggle to defeat and eradicate ISIL and that that effort is one being carried out in close coordination with other nations that have interests in the litigation.

We do not think these matters, however, are at odds. Indeed, we think that our Nation's military and diplomatic efforts provide a compelling rationale for resolution of the litigation in a fashion acceptable to all parties.

The Department of State is aware of our thinking in this regard, and we very much want to share that thinking with you and to get from you the judgment and guidance that you and you alone can provide to us.

WWW.QGA.COM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                      QUINN_001814

We request that we be able to meet with you during the current recess. We would be pleased to visit you in your New York offices if that is most convenient to you.

Many thanks for your leadership on these matters and your consideration of our request.

Sincerely,



Jack Quinn

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    QUINN_001815