PEX 37

| | |
|---|---|
| **From:** | "Jack Quinn" <jquinn2000@gmail.com> |
| **Sent:** | Tue, 3 Jan 2017 14:48:16 -0500 (EST) |
| **To:** | "Jim Kreindler" <JKreindler@kreindler.com> |
| **Bcc:** | jquinn2000@gmail.com |
| **Subject:** | Re: Trump Administration |

Definitely not me. Don't want him to think it's principally about me or the fact that I carried 99% of the burden. It's that he had very little time in it and we are now at a point at which he simply cannot deliver on his side of the deal. So it should be coming from the client -- or clients if Jerry agrees.

Sent from my iPhone

On Jan 3, 2017, at 12:24 PM, Jim Kreindler <JKreindler@kreindler.com> wrote:

Agree. better for me to speak to him first or you?

**From:** Jack Quinn [mailto:jquinn2000@gmail.com]
**Sent:** Tuesday, January 03, 2017 12:00 PM
**To:** Jim Kreindler
**Subject:** Trump Administration

Just us on this note.

1. We need a key contact with the new players at State, WH, etc.
2. I take responsibility for the intro of Bob. But clearly now we need a substitute. His reach turned out to be ineffectual in connection with both Kerry and Lindsay Graham -- and KSA.
3. I would suggest a new arrangement that perhaps gives him a small piece for his time (maybe a tenth or twentieth of one percent); raises me for spending about a thousand times more effort and time -- to good effect -- over the last years (maybe from a half of a percent to three-quarters or so) and leaves us some room to bring in a new R lawyer.  If this isn't enough to get someone, maybe we can get MR to join in?

I understand that you and Jerry need to sort through how to disengage from the earlier agreement, but as I read those agreements, performance on his part was an explicit expectation.

*Jack Quinn*

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER