# PEX 39

**From:** "Jim Kreindler" <JKreindler@kreindler.com>
**Sent:** Tue, 22 May 2018 10:33:39 -0400 (EDT)
**To:** "jquinn2000@gmail.com" <jquinn2000@gmail.com>; "Daniel O. Rose" <DRose@kreindler.com>; "Andrew J. Maloney" <AMaloney@kreindler.com>; "John Fawcett" <Jfawcett@kreindler.com>; "Steven R. Pounian" <Spounian@kreindler.com>; "Justin T. Green" <JGreen@kreindler.com>
**Subject:** Fwd: conference call

Sent from my iPhone

Begin forwarded message:

From: Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com>>
Date: May 22, 2018 at 10:32:24 AM EDT
To: Sylvester Lukis <syl@ballardfl.com<mailto:syl@ballardfl.com>>
Cc: Brian Ballard <ballard@ballardfl.com<mailto:ballard@ballardfl.com>>
Subject: Re: conference call

I think we are agreed. Your fee on a settlement negotiated by us and KSA facilitated by the President — as opposed to a small fund crammed down our throats— shall be at least 1% and up to 2%. If only a smaller number of cases ie. Only the K&K cases retain you your fee is 2%. If a large number of cases retain you ie. The Motley, cozen and O'Connor, and Anderson Kill— Jerry Goldman cases also retain you then your fee is 1%. If we reach our goal of $90 billion and you're in all cases your fee will be $900 million.

Sent from my iPhone

On May 22, 2018, at 8:23 AM, Sylvester Lukis <syl@ballardfl.com<mailto:syl@ballardfl.com>> wrote:

Yes. Call my cell at 305.801.6081 when you can.

Sent from my iPhone

On May 21, 2018, at 7:15 PM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com>> wrote:

Sure. Syl talk tomorrow?

Sent from my iPhone

On May 21, 2018, at 7:01 PM, Brian Ballard <ballard@ballardfl.com<mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com>> wrote:

Jim my week is crazy. Please reach out to Syl directly to resolve. Would like to get done this week if possible.

Brian

On May 21, 2018, at 4:56 PM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>> wrote:

Here's what I'm thinking. You get a success fee if your work contributes to a resolution of the 9/11 cases against KSA. We can spell that out and/ or limit our contract to a year or the duration of the presidents term— renewable of course. Success is defined as at least $10 million for each of Kreindler & Kreindler s death cases (now about 800). If there is a resolution of the 9/11 cases for less than success ie $10 per death then you get a very small fee on all cases ( death, personal injury and insurance claims), like 1/100 of 1 %. If there is a successful resolution ie 10 mil per death there you get 1/10 of 1% on all (death, pi and insurance) claims. Your % on death cases goes up to 2/10s on the excess over 15 mil for death cases and to 3/10s on the excess over 20mil for death cases . This is the concept I'm thinking of and would certainly require more work and refinement and the input of all the guys on my team. But following our talk I wanted to get you something right away. If you have time Wednesday maybe we could talk in person. Thanks Jim

Sent from my iPhone

On May 18, 2018, at 7:00 PM, Brian Ballard <ballard@ballardfl.com<mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com>> wrote:

Syl is probably right. We will need to discuss a few matters best left to the 3 of us.

On May 18, 2018, at 3:57 PM, Sylvester Lukis <syl@ballardfl.com<mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com>> wrote:

Jim i noticed Brian's email re Jack. Sorry I thought he just wanted us on the call. I'll defer to him re Jack. Thanks. Syl

Sent from my iPhone

On May 18, 2018, at 6:14 PM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>> wrote:

Would you like to go me jack Quinn on too?

Sent from my iPhone

On May 18, 2018, at 12:49 PM, Sylvester Lukis <syl@ballardfl.com<mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com>> wrote:

Jim,

Can you do a conference call with Brian and me on Monday afternoon? Shanna Kaye can arrange. Let us know. Thanks.

Syl Lukis
[cid:image001.png@01D2891B.B13DB7E0]
Managing Partner
Washington, DC<x-apple-data-detectors://0/0>
Ballard Partners
M: 305.801.6081<tel:305.801.6081>
syl@ballardfl.com<mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com>

DC Office
601 Thirteenth St, NW, Suite #450 N<x-apple-data-detectors://1/1>
Washington<x-apple-data-detectors://1/1>, DC 20005
P: 202.800.5620<tel:202.800.5620>
F: 202.800.5623<tel:202.800.5623>

Miami Office
2 Alhambra Plaza Suite 102<x-apple-data-detectors://2/1>
Coral Gables, FL 33134<x-apple-data-detectors://2/1>
P: 305.456.8479<tel:305.456.8479>
F: 786.542.6997<tel:786.542.6997>


On May 14, 2018, at 11:13 AM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>> wrote:

Sounds good. Enjoy vacation—not enough of those. Jim

From: Brian Ballard [mailto:ballard@ballardfl.com]
Sent: Monday, May 14, 2018 11:06 AM
To: Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>>
Cc: Sylvester Lukis <syl@ballardfl.com<mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com><mailto:syl@ballardfl.com>>; Jack Quinn <jquinn2000@gmail.com<mailto:jquinn2000@gmail.com><mailto:jquinn2000@gmail.com><mailto:jquinn2000@gmail.com><mailto:jquinn2000@gmail.com>>
Subject: Re: RE: Re:

Jim. I'm on vacation until next week. We will need the week to figure out possible registration and other boxes we need to check before we can move forward. I suggest a call early next week.

Brian

On May 14, 2018, at 9:40 AM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>> wrote:
Should we have a quick call today to focus on what we need to do this week? Jim

From: Sylvester Lukis [mailto:syl@ballardfl.com]
Sent: Thursday, May 10, 2018 4:16 PM
To: Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>>
Cc: Brian Ballard <ballard@ballardfl.com<mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com>>
Subject: Re:

We enjoyed the meeting as well and admire your good work on behalf of the aggrieved parties and America in general. We will be soon taking steps to meet with our friend the Deputy National Security Advisor to start staffing out the matter prior to briefing the principal. Jack sent us a two pager that is good. We would also like to have a shortened time line version of the summary you gave us today. You can reach Brian on his cell at 850.491.6700. His email is ballard@ballardfl.com<mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com><mailto:ballard@ballardfl.com>. Thanks, Syl
Sent from my iPhone

On May 10, 2018, at 2:53 PM, Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com><mailto:JKreindler@kreindler.com>> wrote:
Great to meet you Brian and Susie. Talking to jack now. My cell is 914-589-1426. Email jkreindler@kreindler.com<mailto:jkreindler@kreindler.com><mailto:jkreindler@kreindler.com><mailto:jkreindler@kreindler.com><mailto:jkreindler@kreindler.com>. Look forward to working with you. Jim

Sent from my iPhone



Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,f0OAYS-FvbKMt0l7KnxvhZ5kWhPZD4Xp0U_dSsVp2Ip5wg5tYib9niSaXjgNQzwB0PnDMTmTvnGmEMkWwFIS2PRXwKFNJnXgwbg7EBanrhuCUsIbS6me6kV240A,&typo=1>.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,G8XhCudN-Jr5OXhgqLz-OxFh9jpUQFw9dA9QeuoUPKi6mXtBa2et9b6D3NWuKe76enErtqQWYKqetlCcCbo1MA_KXx2575KNrFjZCnbHRg6Iu1Y,&typo=1>.

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,F-HXrxdzbp5jfxoUEQMgmukR4a--AghqszVP9bfRvirFdmRI6DjbPXdtIccCyfGrF5tYZwcWaTEDcS4Pl7N5cQTZ74lpdSN_O8PQdzoe&typo=1>.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,JlcUaM2mrU0kbaQkZaNQfC4fPyXepH4ZyWNeOKCWJK35NbOwEpAgV-tcyuizxj2l4ZE1dUfArSHOy78a7eZTEKMN88h4XjM7oVnfdJXcG-EmzfFjLcm3&typo=1>.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,OzPF3D07Oa2vPBvBbkPQUYpK2e2TdJoP4i1t0ZLzr38_FPdL-9w47EWTQMDGZDr2iv84CsCN4iQicPewbSXXrg5LHhIG7EFHf_AjO5i5&typo=1>.


Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast Ltd, an innovator in Software as a Service (SaaS) for business. Providing a safer and more useful place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here<https://linkprotect.cudasvc.com/url?a=http%3a%2f%2fwww.mimecast.com%2fproducts%2f&c=E,1,SKHw35fh-GHrBXL8mHgS14UArvqssR8pCZNOVhIA_J4BS8XTa4EsyDlpcA4JR4G_Bj4P7nahKVCyxIbyjgwpMXdZ1fvJYPbmUcG6tey62yUZaMf0cW00y-6ujw,,&typo=1>.


**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.