# PEX 40

**From:** "Jack Quinn" <jquinn2000@gmail.com>
**Sent:** Tue, 25 Apr 2017 21:41:16 -0400 (EDT)
**To:** "John Fawcett" <jfawcett@kreindler.com>; "Strong, Bruce" <Bstrong@andersonkill.com>
**Cc:** "Jim Kreindler" <jkreindler@kreindler.com>; "WTC[jgoldman@andersonkill.com]" <jgoldman@andersonkill.com>; "jack quinn" <jquinn2000@gmail.com>
**Subject:** Defendants in our cases

---

I've left QGA as of April 1. My legal work on our cases, of course has been done not through QGA but through my solo law practice. I'm now close to an agreement with Manatt, Phelps & Phillips to join that firm as a contract partner.

At this point, we are agreed that the 9/11 work will NOT move into Manatt but will remain with my separate practice. They have, however, asked me to identify both my clients and the defendants in our cases.

I need your help to do that and would be grateful if you would take a look at the lists below to see if I am up to date in this regard.

My list as of last July was as follows --

> I represent the following:
>
> 1. Kreindler & Kreindler (NY), including the "Ashton Plaintiffs," a group consisting of family members of many hundreds of 9/11 victims. James Kreindler is a co-chair of the Plaintiffs' Executive Committee in *In re Terrorist Attack on September 11, 2001 (SDNY)*. The defendants include individuals, corporations and entities as follows:
>
> Aqeel al Aqeel
> Solomon H.S. al Buthe
> al Haramain Islamic Foundation, U.S.
> al Rajhi Banking and Investment Corporation
> Abdul Rahman al Swailem
> Yasin al Qadi (a/k/a Yasin Kadi) (former MWE client, to check compliance with DC Rules)
> Abdullah Saleh al Obaid
> Abdullah Abdel Mohsen al Turki
> Adnan Basha
> Dallah al Baraka Group LLC
> Dallah Avco Trans Arabia Co., LTD
> Dar al Maal al Islami Trust
> Dubai Islamic Bank
> Perouz Seda Ghaty
> International Islamic Relief Organization
> Islamic Republic of Iran
> Wa'el Julaidan
> Saleh Abdullah Kamel
> Kingdom of Saudi Arabia
> Muslim World League
> Abdullah Omar Naseef
> National Commercial Bank
> Prince Mohamed bin Faisal
> Sanabel al Kheer, Inc.
> Sana-bell Inc.
> Saudi bin Laden Group
> Saudi High Commission
> The Republic of Sudan
> The Taliban
> World Assembly of Muslim Youth
>
> 2. Anderson Kill, PC and the Law Offices of Jerry S. Goldman & Associates. Mr. Goldman is a shareholder at Anderson Kill and his Law Offices have legacy interests of his. He represents the O'Neill Family in the above-captioned matter and the putative class in *O'Neill v. Al Baraka et al*, a case against a number of Saudi self-described

charities that are instrumentalities of the Saudi Government and *O'Neill v. Kingdom of Saudi Arabia et al,* the defendants in which also include Sudan and Syria.

3. The following insurers which suffered various commercial losses as a result of the 9/11 attacks and have claims against some or all of the above-referenced defendants.

(a) Travelers Indemnity Company;
(b) Certain Underwriting Members of Lloyd's Syndicates 623/2623 Managed by Beazley Furlonge Ltd; and
(c) Certain Underwriting Members of Lloyd's Syndicate 2791 Managed by Managing Agency Partners Ltd.

Among other things, this omits any new clients that are part of the "four firm plus JQ" arrangement. I think I can describe that group generically just as was done in #1 above.

Thanks so much for your help on this....I'm hoping to bring this to a conclusion in the next week, so hopefully this is not burdensome and can be reviewed fairly quickly.

Kind regards,

Jack

*Jack Quinn*