# PEX 41

| | |
|---|---|
| From: | "Jim Kreindler" <JKreindler@kreindler.com> |
| Sent: | Fri, 11 Aug 2017 17:15:24 -0400 (EDT) |
| To: | "Jack Quinn" <jquinn2000@gmail.com> |
| Subject: | Fwd: Trump to dispatch Kushner to Middle East for peace efforts |
| Attachments: | image001.jpg |

Sent from my iPhone

Begin forwarded message:

From: John Fawcett <Jfawcett@kreindler.com<mailto:Jfawcett@kreindler.com>>
Date: August 11, 2017 at 4:59:14 PM EDT
To: Jim Kreindler <JKreindler@kreindler.com<mailto:JKreindler@kreindler.com>>
Subject: FW: Trump to dispatch Kushner to Middle East for peace efforts


From: SHARON PREMOLI [mailto:bluerainbow96@msn.com]
Sent: Friday, August 11, 2017 4:53 PM
To: John Fawcett <Jfawcett@kreindler.com<mailto:Jfawcett@kreindler.com>>; Kristen <kdianbreit@aol.com<mailto:kdianbreit@aol.com>>; monicagabrielle@optonline.net<mailto:monicagabrielle@optonline.net>
Subject: Trump to dispatch Kushner to Middle East for peace efforts


"Jason Greenblatt, special representative for international negotiations, and Dina Powell, deputy national security adviser, will join Kushner on the trip "to continue discussions with regional partners about how best to support the peace effort," the official said, noting that they will meet with leaders representing Saudi Arabia, the United Arab Emirates, Qatar, Jordan, Egypt, Israel and the Palestinian Authority."



http://www.politico.com/story/2017/08/11/trump-sending-jared-kushner-to-middle-east-241538
[Image removed by sender.]<http://www.politico.com/story/2017/08/11/trump-sending-jared-kushner-to-middle-east-241538>

Trump to dispatch Kushner to Middle East for peace efforts<http://www.politico.com/story/2017/08/11/trump-sending-jared-kushner-to-middle-east-241538>
www.politico.com<http://www.politico.com>
Kushner, whose portfolio includes negotiating peace between Israel and Palestine, met with Israeli and Palestinian leaders in June.


This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

_____

CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient (s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient (s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212.687.8181 and then delete this message, including any attachments.
_____
This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                              QUINN_024392