PEX 42

| From: | "Jack Quinn" <jquinn2000@gmail.com> |
|---|---|
| Sent: | Wed, 24 May 2017 09:22:54 -0400 (EDT) |
| To: | "Jim Kreindler" <jkreindler@kreindler.com> |
| Bcc: | jquinn2000@gmail.com |
| Subject: | Fwd: 9/11 Families Reaction |

I actually now believe that our pre-trip memo to Dina had the desired effect of enabling them (Kushner) to explain to MbS why DT cannot "rescind" JASTA. Question is whether I need to amend this one -- on rereading I think not but let me know your thoughts.

Thx

Jack

Sent from my iPhone

Begin forwarded message:

> **From:** Jack Quinn <jquinn2000@gmail.com>
> **Date:** May 23, 2017 at 9:22:32 AM EDT
> **To:** Dina Powell <Dina.H.Powell@who.eop.gov>
> **Cc:** JACK <jquinn2000@gmail.com>
> **Subject: 9/11 Families Reaction**
>
> Hi, Dina:
>
> The 9/11 families' reaction to the KSA part of the trip has not been very good and has required us to persuade some of the more vocal of them to refrain from public comment. But there are many of them and one cannot be sure that will hold. They now read and circulate press reports to the effect that the Kingdom expects that it has bought a ticket to the termination of their legal rights and you can imagine the reaction to that. See below for example.
>
> I wish I could have helped in advance but regardless I think it will be beneficial to have a discussion with a couple of those of us who represent them whenever convenient upon your return. As my earlier memo laid out, there's a way to have another success here.
>
> Let me know please if you or other appropriate people would have that conversation.
>
> Many thanks and very best personal regards to you.
>
> Jack Quinn
>
> Sent from my iPhone
>
> > https://www.msn.com/en-us/news/world/saudis-gave-the-us-dollar360billion-in-deals-now-they-want-trump-to-rescind-9-11-lawsuit-law/ar-BBBprBr

Sent from my iPhone

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER