PEX 44

| | |
|---|---|
| **From:** | "Jack Quinn" <jquinn2000@gmail.com> |
| **Sent:** | Fri, 25 Sep 2020 12:33:29 -0400 (EDT) |
| **To:** | "Andrew J. Maloney" <AMaloney@kreindler.com> |
| **Cc:** | "Carter, Sean" <SCarter1@cozen.com>; "Strong, Bruce" <Bstrong@andersonkill.com>; "WTC [jgoldman@andersonkill.com]" <jgoldman@andersonkill.com>; "zRobert Haefele" <rhaefele@motleyrice.com>; "Jim Kreindler" <JKreindler@kreindler.com>; "Megan Bennett" <Mbenett@kreindler.com>; "Steven R. Pounian" <Spounian@kreindler.com>; "John Fawcett" <Jfawcett@kreindler.com>; "zJodi W. Flowers" <jflowers@motleyrice.com> |
| **Subject:** | Re: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520 |

The ship has sailed

On Sep 25, 2020, at 12:32 PM, Andrew J. Maloney <AMaloney@kreindler.com> wrote:

Here is another idea to add:

They have language about keeping the VSSTF open for another 5 years (to 2035) but of course that helps no 9/11 victim  on Sudan because they don't have a default j.  And Sudan will come off list.

How about we add that for those who obtained the certificates of default against Sudan, they can bring their claim to VSSTF to get some money, any of which will be a credit if they ever succeed in suit against Sudan.

Not sure how useful it is because most already have the default against Iran, and not all have very of default against Sudan, but it would help w both clients and Havlish fee attack, be no skin off USG nose and could even save Sudan some money some day.

Sent from my iPhone

On Sep 25, 2020, at 10:39 AM, Carter, Sean <SCarter1@cozen.com> wrote:

We really need to get our redline text (attached) and two page explanation (also attached) in within the next hour.  Can you please give me your simply sign offs on both?  Thanks



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

**From:** Strong, Bruce <Bstrong@andersonkill.com>
**Sent:** Friday, September 25, 2020 10:34 AM
**To:** Carter, Sean <SCarter1@cozen.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; WTC [jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; zRobert Haefele <rhaefele@motleyrice.com>
**Cc:** WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; Megan Bennett <Mbenett@kreindler.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian <Spounian@kreindler.com>
**Subject:** RE: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

**\*\*EXTERNAL SENDER\*\***

That was how I read it.

Best,

Bruce



**Bruce Strong**
Attorney

**ANDERSON KILL**

**1760 Market Street, Suite 600 - Philadelphia, PA 19103**
**T: 267-216-2738 - F: 215-568-4573**
**1251 Avenue of the Americas - New York, NY 10020**
**T: 212-278-1034 - F: 212-278-1733**

Bstrong@andersonkill.com - www.andersonkill.com
Biography

---

**From:** Carter, Sean <SCarter1@cozen.com>
**Sent:** Friday, September 25, 2020 10:13 AM
**To:** WTC[amaloney@kreindler.com] <amaloney@kreindler.com>; Goldman, Jerry S.
<Jgoldman@andersonkill.com>; zRobert Haefele <rhaefele@motleyrice.com>
**Cc:** WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; Megan Benett <Mbenett@kreindler.com>;
Strong, Bruce <Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian
<Spounian@kreindler.com>
**Subject:** RE: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

**EXTERNAL SENDER**

---

As I read the carve out language, it preserves any claim that would flow through JASTA's immunity exception,
which encompasses common law claims.  But please let me know if you somehow read it differently.



**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Friday, September 25, 2020 10:08 AM
**To:** WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; zRobert Haefele
<rhaefele@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>
**Cc:** WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; Megan Benett <Mbenett@kreindler.com>;
Strong, Bruce <Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian
<Spounian@kreindler.com>
**Subject:** RE: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

**\*\*EXTERNAL SENDER\*\***

yes

---

**From:** Goldman, Jerry S. [mailto:Jgoldman@andersonkill.com]
**Sent:** Friday, September 25, 2020 10:06 AM
**To:** zRobert Haefele <rhaefele@motleyrice.com>; Carter, Sean <SCarter1@cozen.com>; Andrew J. Maloney
<AMaloney@kreindler.com>
**Cc:** Jim Kreindler <JKreindler@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Strong, Bruce
<Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian
<Spounian@kreindler.com>
**Subject:** RE: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

Isn't it not 'fully JASTA' but JASTA plus common law?
If we have to give up common law, I know my non-US resident clients and I suspect those of Motley/Kriendler
will go (appropriately) ballistic.
jsg



**Jerry S. Goldman**
Shareholder

**ANDERSON KILL**

**1251 Avenue of the Americas** - New York, NY  10020
**T:** 212-278-1569 - **F:** 212-278-1733

**1760 Market Street, Suite 600** - Philadelphia, PA 19103
**T:** 267-216-2795 - **F:** 215-568-4573

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Jgoldman@andersonkill.com - www.andersonkill.com

Biography - vCard

---

**From:** Haefele, Robert <rhaefele@motleyrice.com>
**Sent:** Friday, September 25, 2020 9:40 AM
**To:** Carter, Sean <SCarter1@cozen.com>; WTC[amaloney@kreindler.com] <amaloney@kreindler.com>
**Cc:** WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; Goldman, Jerry S. <Jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian <Spounian@kreindler.com>
**Subject:** RE: EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

---

EXTERNAL SENDER

---

I would reject it outright if not for the JASTA fixes.  But the several JASTA fixes, which help all of the 9/11 plaintiffs (and presumably any other terror victim properly suing under JASTA now and in the future), are valuable.  I appreciate how such valuable fixes appear ministerial.
While I still have modest concern about the shift to being fully under only claims under JASTA, it is likely to be a great overall result.

**Robert T. Haefele** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9184 | f. 843.216.9450 | rhaefele@motleyrice.com

---

**From:** Carter, Sean <SCarter1@cozen.com>
**Sent:** Friday, September 25, 2020 8:46 AM
**To:** WTC[amaloney@kreindler.com] <amaloney@kreindler.com>
**Cc:** Haefele, Robert <rhaefele@motleyrice.com>; WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>; Megan Benett <Mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>; Strong, Bruce <Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian <Spounian@kreindler.com>
**Subject:** EXTERNAL-RE: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

Duke – Thanks.  On the two issues you raise below:

a. This aims to address the aiding and abetting issue under JASTA via the provision that reads "Section 1605B(c) of title 28 is amended by adding the words "or section 2333(d)(1)" between the words "2337 (2)" and the words "of title 18."  The argument that JASTA does not authorize aiding and abetting claims is predicated on the fact that the definition of "person" under the dictionary act does not encompass foreign governments, and the aiding and abetting provision of the ATA provides that a "person" may be liable under aiding and abetting standards.  Section 2333(d)(1) of the ATA adopts the dictionary act definition of person.  So, this change basically provides that "notwithstanding the definition of person under 2333(d)(1), a foreign state may be sued for ATA liability where JASTA's immunity exception applies.

b. The provision at the end that is limited to Sudan relates only to blocked assets.  That is a Pantazis add.  There are not Sudanese blocked assets to go after, and Sudan would be coming off the list.  Nonetheless, Pantazis and his group theorized that something might happen in the future that could result in sanctions being re-imposed on Sudan, and they want to be able to go after those blocked assets if such a theoretical event does happen and they have a judgment against Sudan at that point.  A reflection in my view on their narrow focus on execution efforts against defaulted parties.  It's obviously ridiculous, but not harmful, other than to the extent that folks on the Hill can leverage it as part of a trade off in which other, meaningful rights are eliminated.  "Well, we gave you the blocked asset provision you asked for…"

c. The proposed provision referencing 1610 incorporates JASTA into the FSIA's execution provision generally.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Sean P. Carter**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-2105 F: 215-701-2105
Email | Bio | LinkedIn | Map | cozen.com

---

**From:** Andrew J. Maloney <AMaloney@kreindler.com>
**Sent:** Friday, September 25, 2020 8:20 AM
**To:** Carter, Sean <SCarter1@cozen.com>
**Cc:** zRobert Haefele <rhaefele@motleyrice.com>; WTC[jkreindler@kreindler.com] <jkreindler@kreindler.com>;
Megan Benett <Mbenett@kreindler.com>; WTC[jgoldman@andersonkill.com] <jgoldman@andersonkill.com>;
Strong, Bruce <Bstrong@andersonkill.com>; Jack Quinn <jquinn2000@gmail.com>; Steven R. Pounian
<Spounian@kreindler.com>
**Subject:** Re: 2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520

**EXTERNAL SENDER**

In the execution portion near the end, why is it specific to Sudan? Shouldn't be to any country where liability is
found under JASTA?

I didn't see explicit language in aiding and abetting.

Sent from my iPhone

> On Sep 25, 2020, at 8:06 AM, Carter, Sean <SCarter1@cozen.com> wrote:
>
>
> Here is what the technical fixes would look like, incorporated into the JASTA focused carve out.
> We've been asked to get these in by midday today, so let me know if these work.  Thanks
>
>
> *Notice: This communication, including attachments, may contain information that is*
> *confidential and protected by the attorney/client or other privileges. It constitutes*
> *non-public information intended to be conveyed only to the designated recipient(s). If*
> *the reader or recipient of this communication is not the intended recipient, an*
> *employee or agent of the intended recipient who is responsible for delivering it to the*
> *intended recipient, or you believe that you have received this communication in error,*
> *please notify the sender immediately by return e-mail and promptly delete this e-mail,*
> *including attachments without reading or saving them in any manner. The*
> *unauthorized use, dissemination, distribution, or reproduction of this e-mail, including*
> *attachments, is prohibited and may be unlawful. Receipt by anyone other than the*
> *intended recipient(s) is not a waiver of any attorney/client or other privilege.*
> <2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520.docx>

*Notice: This communication, including attachments, may contain information that is confidential*
*and protected by the attorney/client or other privileges. It constitutes non-public information*
*intended to be conveyed only to the designated recipient(s). If the reader or recipient of this*
*communication is not the intended recipient, an employee or agent of the intended recipient who*
*is responsible for delivering it to the intended recipient, or you believe that you have received this*
*communication in error, please notify the sender immediately by return e-mail and promptly*
*delete this e-mail, including attachments without reading or saving them in any manner. The*
*unauthorized use, dissemination, distribution, or reproduction of this e-mail, including*
*attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended*
*recipient(s) is not a waiver of any attorney/client or other privilege.*

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential
information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not
the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have
received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--
electronic, paper or otherwise--which you may have of this communication.

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

This electronic mail transmission may contain privileged, confidential and/or proprietary information intended only for the person(s) named. Any use, distribution, copying or disclosure to another person is strictly prohibited. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email.

*Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

<2020-09-22 Sudan Savings Statute 9-11 ATTORNEY edits 092520.docx>
<JASTA - technical fixes (Sept 25 2020).docx>

<image001.jpg>

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER