PEX 45

# AGREEMENT BETWEEN ROBERT CROWE, ESQ. AND KREINDLER & KREINDLER LLP

The parties hereto acknowledge the agreement dated July 10, 2014 and annexed hereto as Exhibit "A" and a subsequent agreement dated May 22, 2017 Exhibit "B" as the heretofore sole and governing agreements between Robert Crowe, Esq. formerly of Nelson Mullins Riley & Scarborough LLP (hereinafter "NMRS") and Kreindler & Kreindler LLP (hereafter "K&K") relating to services rendered and to be rendered by Crowe and NMRS to K&K in support of the representation by K&K of approximately 2000 clients who are plaintiffs in litigation whose claims were filed as of the Earlier Agreement (hereinafter the "Clients") in the Southern District of New York asserting wrongful death and personal injury causes of action relating to or arising out of the terrorist attacks that occurred on September 11, 2001 in New York, New York, Arlington, Virginia and Shanksville, Pennsylvania related to defendants Kingdom of Saudi Arabia, the Republic of Sudan, and the charities and other entities related thereto (hereafter "the litigation").

This binding Agreement, effective nunc pro tunc, July 9, 2021, extinguishes, supersedes and replaces, as set forth below, any and all prior agreements or understandings, whether in writing or otherwise, including but not limited to those dated in July, 2013 and May 22, 2017 (the "Earlier Agreements"). This Agreement shall henceforth be the sole basis of any obligation by K&K to Robert Crowe arising in any connection with the litigation or the resolution of it. Modification of this Agreement, to be binding, may only be done in writing.

Robert Crowe will continue to serve as counsel to and advise K&K and Kreindler as requested or as Crowe deems advisable relating to efforts to accomplish a reasonable settlement or other resolution of the litigation against Saudi Arabia, Sudan and the related charities and instrumentalities and entities of those two nation states. Crowe will specifically provide a sustained effort, using and adhering to legal precedent, statutory requirements, and lawful and appropriate government procedure to accomplish and make effective such advocacy and the expeditious and fair resolution of the subject claims.

As compensation for his sustained effort in assisting and advising K&K, K&K agrees to pay to Crowe a fee of 0.225 percent (twenty-two and one half basis points) of the net recovery on each decedent's wrongful death and each personal injury claim with respect to which K&K receives a fee, whether by judgment, settlement or fund created by Saudi Arabia, Sudan and their related charities, instrumentalities and entities, for his representation of the Clients on whose behalf it filed cases in the litigation as of the date of the original July 10, 2014 Agreement.

The term "net recovery" shall mean the amount realized by each client less out-of-pocket costs to K&K and exclusive of legal fees paid to K&K. In the event the eventual attorneys' fees are reduced from the fees set forth in the K&K retainer agreements with K&K clients, then the Crowe fee shall be reduced in the same proportion represented by any reduction in the K&K fee.

KK000112

Robert Crowe agrees to defend, indemnify, hold free and harmless K&K and James P. Kreindler, Esq. at Crowe's sole expense, from and against any and all fee or expense claims, actions, suits or other legal proceedings brought by NMRS In the event of any said recovery, Robert Crowe will be solely responsible to address, defend and satisfy any fee or expense claim made by NMRS related to the litigation and or any and all prior agreements made between K&K, Crowe and NMRS. and hold K&K harmless.

The parties hereby expressly acknowledge and reaffirm that at all times from the earliest of the Earlier Agreements up through today and including this Agreement, this fee arrangement has pertained only to work performed on behalf of the 9/11 clients in the litigation against the Kingdom of Saudi Arabia, Republic of Sudan and their related charities, instrumentalities and entities. For the avoidance of doubt, at no time from the first of the Earlier Agreements through today have these agreements included, and none of the parties hereto have intended that these agreements include payments and/or fees obtained or received through the USVSST Fund. Crowe further agrees and acknowledges that any administrative awards paid out to the K&K clients, and, or any related fees obtained by K&K, from the USVSST Fund were not and are not, considered part of this or any prior agreements with K&K related to the 9/11 litigation. Those prior agreements, and this instant agreement, pertain solely to work performed on behalf of the 9/11 clients in the litigation against the Kingdom of Saudi Arabia, Republic of Sudan and their related charities, instrumentalities, and entities.

Accepted and agreed to by:

| Kreindler & Kreindler LLP | Robert Crowe, Esq. |
|---|---|
| *(signed)* James P. Kreindler | *(signed)* Robert P. Crowe |
| By: James P. Kreindler, Esq. | Date: 2-2-21 |
| Date: August 3, 2021 | |

2

KK000113