# PEX 49

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN MICHAEL QUINN, )
)
    *Plaintiff,* )
)
v. ) Case No. 1:21-cv-01824-PDM
)
KRIENDLER & KRIENDLER LLP, *et al.* )
)
    *Defendants.* )
)

## AFFIDAVIT OF KELLY LOVE

I Kelly Love do depose and say:

1. That I am a citizen of the District of Columbia and over the age of 18.

2. I am currently employed by the DCI Group, a Public Affairs firm, located in Washington, D.C. as a Managing Director who focuses on energy, infrastructure development and health care issues and have been so employed since January 2021.

3. Prior to that position, I served in various roles with the Trump Administration, including Deputy Press Secretary, Communications Advisor and Senior Assistant Press Secretary.

4. I have also worked in media at the Fox News Channel in New York City.

5. In my roles, I had close connections to senior Administration Officials.

6. I was approached by John "Jack" Quinn throughout 2017 and early 2018, while serving in the White House, regarding the plight of the 9/11 families.

7. Mr. Quinn expressed interest in having the President secure a solution for the 9/11 families through action by the Executive Branch that would bring a state-to-state solution, further federal efforts to compensate the victims, secure funding from a federally sponsored compensation fund, or secure funding through sources that would allow for face saving diplomatic solutions for the Saudis, including payments through a third party.

8. In these efforts, Mr. Quinn was tireless, seeking every avenue to secure compensation.

9. I have never spoken to James Kreindler, nor any employee or agent of his firm and I am unaware of any efforts he, or persons acting on his behalf, made to reach out to the Administration.

10. I know that Mr. Quinn pursued a wide strategy toward obtaining compensation for the 9/11 families, regardless of the party in power.

Further affiant sayeth not:

Signed and sworn this 11 day of September, 2024.

_Kelly Love_
Kelly Love