PEX 50

KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
(212) 687-8181

MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(212) 577-0040

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
212-278-1000

*Via Email to deborah.connor@usdoj.gov;*
*info@usvsst.com*

November 10, 2020

Deborah Connor, Esq.
Acting Special Master
U.S. Victims of State Sponsored Terrorism Fund
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

     **Re:** **Third Round Payments**
       **U.S. Victims of State Sponsored Terrorism Fund**

Dear Ms. Connor:

    We write on behalf of applicants collectively comprising in excess of 90% of round three 9/11 claimants with currently pending claims before the United States Victims of State Sponsored Terrorism Fund ("VSST" or "Fund").



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER  QUINN_000257

November 10, 2020
Page 2

        Thank you in advance for your assistance, and should we be able to provide any assistance to the VSST to facilitate these payments, we would ask for that opportunity.

Sincerely,

/s/ Megan Benett
    Megan Benett, Esq.
    Kreindler & Kreindler LLP
    750 Third Avenue
    New York, NY 10017
    (212) 687-8181
    mbenett@kreindler.com


/s/ John M. Eubanks
    John M. Eubanks, Esq.
    Motley Rice
    28 Bridgeside Blvd.
    Mt. Pleasant, SC 29464
    843-216-9218
    jeubanks@motleyrice.com


/s/ Jerry S. Goldman
    Jerry S. Goldman, Esq.
    Anderson Kill P.C.
    1251 Avenue of the Americas
    New York, NY 10020
    212-278-1569
    jgoldman@andersonkill.com

cc:    Bruce Strong, Esq. (via email)
        Jack Quinn, Esq. (via email)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      QUINN_000258