# PEX 51

 Gmail

Jack Quinn <jquinn2000@gmail.com>

## The Legal Rights of 9/11 Families Should Not Be Tossed Aside
1 message

**Jack Quinn** <jquinn2000@gmail.com>  Tue, Sep 22, 2020 at 8:31 PM
To: Alexandra_davis@coons.senate.gov
Cc: "Panza, Lucy (Schumer)" <lucy_panza@schumer.senate.gov>
Bcc: Jim Kreindler <jkreindler@kreindler.com>, "WTC[jgoldman@andersonkill.com]" <jgoldman@andersonkill.com>, Sean Carter <SCarter1@cozen.com>, Steven Duffield <sduffield@endgamestrategies.com>, jack quinn <jquinn2000@gmail.com>, "Andrew J. Maloney" <amaloney@kreindler.com>

I have for the last seven years served as co-counsel to Kreindler & Kreindler and Anderson Kill in connection with their separate suits in the 9/11 litigation in the SDNY. I have also been an advisor of those firms and Motley Rice in connection with legislative and political matters arising in connection with the litigation, including extensive involvement in the effort to encourage the enactment of JASTA.

I have been a Member of the DC Bar for forty-five years and had the privilege of serving as Counsel to the President of the United States in the Clinton Administration. I was a partner in the firm Arnold & Porter for 20 years and now am a partner at Manatt, Phelps & Phillips. My work on 9/11 matters is conducted in the Law Office of John M. Quinn.

I regret that the discussions about the alternate text that proposes to legislatively erase the state-sponsor-of-terrorism claims under sections 1605(a)(7) and 1605A have not involved the lawyers for and with whom I've worked on behalf of families of 9/11 victims since 2013. Like others, I strongly oppose this abandonment of the 9/11 families and, as a friend and supporter of Senator Coons, believe that this would be a most regrettable development. I hope you will convey my views to him.

Sincerely,

Jack Quinn
(202) 320-9266

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   QUINN_000184