PEX 52

**From:** **Jim Kreindler** JKreindler@kreindler.com
**Subject:** RE: F/U re Contracts
**Date:** August 8, 2017 at 11:09 AM
**To:** Jack Quinn jquinn2000@gmail.com
**Cc:** Genie Masterson GMasterson@kreindler.com



Genie sending my signed one

**From:** Jack Quinn [mailto:jquinn2000@gmail.com]
**Sent:** Saturday, August 05, 2017 11:56 AM
**To:** Jim Kreindler
**Cc:** jack quinn
**Subject:** F/U re Contracts

As I mentioned, Jerry had a number of suggestions, most of them stylistic, but one substantive.

The attached short form amendment does these things:

1-2. the first two things dress his correction of my interchangeable use of "litigation" and "matter." More importantly, as he points out, he is gathering clients with respect to whom he may never actually file a claim -- but still achieve a recovery and get a fee via settlement or other resolution. So, he pointed out that my language could bite me in the ass. So, we fixed that and he recommended I do so in ours as well.

3. The Qatar thing got me wondering what would happen if for any reason Bob ran into a disqualification. However unlikely, if he were gone, we should revert to the original 1% deal before he came in. This change is meant to do that.

Let me know. Have a great weekend. I'll be in Jamaica, but available. Gen. Kelly is changing the way the WH works. Be curious what Ira thinks about the way things might change as affects us. I've planted some seeds that we might discuss in person -- are you in NY late August?

Best -- say Hi to Ahn....we still need a meal....maybe when I come later in month....

Jack

## *Jack Quinn*

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

_____
CONFIDENTIALITY NOTE: The information contained in this email and any document attached hereto is intended only for the named recipient(s). If you are not the intended recipient, nor the employee or agent responsible for delivering this message in confidence to the intended recipient(s),you are hereby notified that you have received this transmittal in error, and any review, dissemination, distribution or copying of this transmittal or its attachments is strictly prohibited. If you have received this transmittal and/or attachments in error, please notify Kreindler & Kreindler LLP immediately by telephone at 212 687 8181 and then delete this message

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     QUINN_000028