DEX G

# AMENDMENTS TO AGREEMENTS DATED MAY 19, 2017 BETWEEN JOHN M. QUINN, ESQ., THE LAW OFFICE OF JOHN M. QUINN, PLLC AND KREINDLER & KREINDLER LLP

The captioned agreements, relating to representation of clients in connection with the terrorist attacks on September 11, 2001 ("the attacks") and signed by the parties and dated May 19, 2017 (including both the "Initial JQ-K&K Agreement" as defined in the Agreement "Relating To New Claims and Additional Compensation," hereafter the "Additional Compensation" Agreement," and the Additional Compensation Agreement, collectively "the May 19 Agreements"), are hereby amended, effective upon signature of the parties hereto, as follows:

1. References in the May 19 Agreements the to "the litigation" contemplate and include the provision of services in cases filed, to be filed or for which Kreindler & Kreindler is retained to file or otherwise provide services in connection with matters arising out of the attacks;

2. In addition to the other bases for compensation, Quinn (as defined in the May 19 Agreements) shall receive compensation as specified in each of the May 19 Agreements for the representation of each client on whose behalf K&K has filed claims and receives fee and shall also receive the same level of compensation for the representation of clients on whose behalf claims are not filed in the litigation but who have retained K&K to assist in recovering compensation whether through the filing of claims or otherwise and who in fact receive a recovery with respect to which K&K receives a fee.

3. The Initial JQ-K&K Agreement is amended by adding the following sentence at the end of the Fourth Paragraph: "If, for any reason, Nelson, Mullins, Riley & Scarborough and/or Robert Crowe are unable or ineligible or otherwise fail to receive all or part of the fees contemplated by their contract with K&K, then such fees shall be paid to Quinn to the extent of the difference between the amount represented by 0.225 of the net recoveries contemplated by their contract with K&K and the amount actually received by them."

Accepted and agreed to by:

_____
Kreindler & Kreindler LLP

By: James P. Kreindler, Esq.
Dated: _____

_____
John M. Quinn, Esq. and
Law Office of John M. Quinn, PLLC
By: John M. Quinn, Esq.
Dated: 08/26/2017

EXHIBIT 16