DEX EE

Menu

# 9/11 Families United Mourns Passing of Former White House Counsel and Longtime 9/11 Community Advocate Jack Quinn

**Washington, D.C.** – 9/11 Families United, which represents a community of over 10,000 family members, survivors, and those who were injured in or sickened from the worst terrorist attacks in American history, today mourned the passing of Jack Quinn, a former White House counsel and longtime advocate for the 9/11 community:

"Jack Quinn was a leader and a longtime ally of the 9/11 community. He was a patriot and a dear friend.

"I am ever-grateful for his hard work and the key role he played in helping pass the *Justice Against Sponsors of Terrorism Act* in 2016.  Unlike too many in Washington these days, Jack had the courage to speak truth to power and fight for what is right.

"We honor his life and work by continuing to fight for justice for the families today. Rest peacefully, hero. You will be deeply missed."

– Terry Strada, National Chair

About 9/11 Families United:

*9/11 Families United is an organization consisting of family members of those murdered in the terrorist attacks of September 11, 2001, as well as many of those*



Menu

###



Privacy Policy