IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNA QUINN, personal representative, of the Estate of John M. Quinn )<br><br>    *Plaintiff* )<br>v. )<br> )<br>KREINDLER & KREINDLER LLP, *et al.* )<br> )<br>    *Defendants.* ) | Case No. 1:21-cv-01824-RDM<br><br>Date:   September 30, 2025 |

## JOINT STATUS REPORT

On July 15, 2025, the Court ordered the parties to file a joint status report by September 30, 2025. Consistent with the Order, the undersigned counsel hereby reports that the parties are currently scheduled to attend mediation on October 14, 2025. The parties respectfully request that they file a joint status report on October 30, 2025, regarding the results of the mediation.

Dated: September 30, 2025

Respectfully Submitted,

*/s/ Thomas M. Craig*
Kevin E. Byrnes, D.C. Bar No. 480195
Thomas M. Craig, D.C. Bar No. 494503
**Fluet**
1751 Pinnacle Drive, Ste 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
tcraig @ fluet.law
*Counsel for Plaintiff*

*/s/ Emily Bab Kirsch*
Emily Bab Kirsch (*pro hac vice*)
Craig S. Tarasoff (*pro hac vice*)
Kirsch & Niehaus, PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
Tel: 212-832-0170
Mobile: 917-744-2888
Email: emily.kirsch@kirschniehaus.com
Emily Bab Kirsch (*pro hac vice*)

Eric Liebeler (DC Bar No.: 1049148)
Brandon R. Nagy (DC Bar No.: 1024717)
1775 Pennsylvania Ave., NW
Suite 800
Washington, D.C. 20006
Tel.: (202) 785-9100
Fax: (202) 572-9973
Email: eric.liebeler@stinson.com
brandon.nagy@stinson.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 30, 2025, I sent the forgoing to counsel of record for the Defendants via ECF:

Brandon R. Nagy
Eric Liebeler
STINSON LEONARD STREET, LLP
brandon.nagy@stinson.com
eric.liebeler@stinson.com

Emily Bab Kirsch
Craig S. Tarasoff
KIRSCH & NIEHAUS PLLC
emily.kirsch@kirschniehaus.com

                                                     */s/ Thomas M. Craig*
                                                     Thomas M. Craig, Esq.