# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSANNA QUINN, personal representative, ) of the Estate of John M. Quinn ) ) *Plaintiff* ) v. ) ) KREINDLER & KREINDLER LLP, *et al.* ) ) *Defendants.* ) ) | Case No. 1:21-cv-01824-RDM <br><br> Date:   October 30, 2025 |

## JOINT STATUS REPORT

On October 1, 2025, the Court ordered the parties to file a joint status report by October 30, 2025. Consistent with the Order, the undersigned counsel hereby report that on October 14, 2025, the parties met in a mediated session before retired federal judge Paul W. Grimm, working through JAMS. Defendants supplied certain data reflecting fees received to date in respect of the VSST to date, supplemented as requested by Plaintiff, and the parties exchanged information and discussed their views of the claims. Although some progress was made, the parties were unable to come to an agreement regarding their respective valuations of the claims and assessment of their strengths and weaknesses.

Defendants believe the major obstacle to resolution was the parties' disagreement on the value of Plaintiff's claims for fees under each of (i) the VCF and (ii) the VSST. Defendants believe that clarity on the status of those claims following decision on Defendants' Motion for Partial Summary Judgment would help advance the discussions. Defendants respectfully request that the Court issue its decision on those motions and the parties be afforded another brief opportunity to further explore settlement before moving forward towards trial, including the remaining additional expensive discovery into Defendants' defenses, including but not limited to

the limited scope of Quinn's services over several years and his material breach and separation from Defendants.

The Plaintiff is, *inter alia*, requesting the matter proceed into discovery, including discovery regarding the number of clients the Defendants represent with respect to claims arising from September 11, 2001, the amounts secured by the Defendants for these payments and the timing and source of any recoveries. Plaintiff respectfully requests that the Court set a trial date, and a schedule for discovery and motions practice, and believes that setting such dates will assist in the further movement and potential resolution of the case. Plaintiff believes that a status conference before the Court is appropriate to discuss these matters, including whether further discovery will aid the Court in deciding the currently pending motions.

Dated: October 30, 2025

/s/ Thomas M. Craig
Kevin E. Byrnes, D.C. Bar No. 480195
Thomas M. Craig, D.C. Bar No. 494503
**Fluet**
1751 Pinnacle Drive, Ste 1000,
Tysons, VA 22102
T: (703) 590-1234
F: (703) 590-0366
kbyrnes@fluet.law
tcraig @ fluet.law

*Counsel for Plaintiff*

Respectfully Submitted,

/s/ Emily Bab Kirsch
Emily Bab Kirsch (*pro hac vice*)
Craig S. Tarasoff (*pro hac vice*)
Kirsch & Niehaus, PLLC
950 Third Avenue, Suite 1900
New York, NY 10022
Tel: 212-832-0170
Mobile: 917-744-2888
Email: emily.kirsch@kirschniehaus.com

Eric Liebeler (DC Bar No.: 1049148)
Brandon R. Nagy (DC Bar No.: 1024717)
1775 Pennsylvania Ave., NW
Suite 800
Washington, D.C. 20006
Tel.: (202) 785-9100
Fax: (202) 572-9973
Email: eric.liebeler@stinson.com
brandon.nagy@stinson.com

*Counsel for Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2025, I sent the forgoing to counsel of record for the Defendants via ECF:

Brandon R. Nagy
Eric Liebeler
STINSON LEONARD STREET, LLP
brandon.nagy@stinson.com
eric.liebeler@stinson.com

Emily Bab Kirsch
Craig S. Tarasoff
KIRSCH & NIEHAUS PLLC
emily.kirsch@kirschniehaus.com

                                            */s/ Thomas M. Craig*
                                            Thomas M. Craig, Esq.