AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Susanna Quinn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-01824-RDM |
| Kreindler & Kreindler, LLP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susanna Quinn                                                                                          .

Date:     04/14/2026                                    /s/ Alan Schoenfeld
                                                                *Attorney's signature*

                                                    Alan Schoenfeld (D.D.C. Bar No. NY0470)
                                                        *Printed name and bar number*

                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    7 World Trade Center
                                                    250 Greenwich Street
                                                    New York, NY 10007
                                                                *Address*

                                                    Alan.Schoenfeld@wilmerhale.com
                                                            *E-mail address*

                                                    (212) 937-7294
                                                        *Telephone number*

                                                    (212) 230-8888
                                                            *FAX number*