AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Susanna Quinn | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cv-01824-RDM |
| Kreindler & Kreindler, LLP, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Susanna Quinn                                                                                                    .

Date:    04/15/2026

/s/ Christopher Bouchoux
*Attorney's signature*

Christopher Bouchoux (N.Y. Bar No. 4656583)
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
*Address*

Christopher.Bouchoux@wilmerhale.com
*E-mail address*

(212) 230-8823
*Telephone number*

(212) 230-8888
*FAX number*